**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____District of___Delaware_____
                        (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | Delivery Agent, Inc. | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | Musictoday, LLC<br>Clean Fun Promotional Marketing, Inc.<br>Shop the Shows, LLC<br>The Band, Inc. | |
| 3. Debtor's federal Employer Identification Number (EIN) | 26 - 0058744 | |
| 4. Debtor's address | **Principal place of business**<br><br>300   California Street, 3rd Floor<br>Number   Street<br><br>San Francisco    CA    94104<br>City          State   ZIP Code<br><br>San Francisco<br>County | **Mailing address, if different from principal place of business**<br><br>Number   Street<br><br>P.O. Box<br><br>City   State   ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number   Street<br><br>City   State   ZIP Code |
| 5. Debtor's website (URL) | http://www.deliveryagent.com/ | |
| 6. Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor: **Delivery Agent, Inc.**
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101 (51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201 A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District _____ When ___/___/_____ (MM/DD/YYYY) Case number _____
  District _____ When ___/___/_____ (MM/DD/YYYY) Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☒ Yes. Debtor **See Schedule 1**   Relationship _____
  District _____   When ___/___/_____ (MM/DD/YYYY)
  Case number, if known _____

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 2

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor __Delivery Agent, Inc.__                                     Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?
_____
Number    Street

_____
City                                      State    ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☒ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  Delivery Agent, Inc.  
_____Name_____

Case number (if known) _____

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [x] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/14/2016  
MM / DD / YYYY

X _/s/ [signature]_  
Signature of authorized representative of debtor

Michael Fitzsimmons  
Printed name

Title  CEO

**18. Signature of attorney**

X _/s/ Laura Davis Jones_  Date  09/14/2016  
Signature of attorney for debtor              MM / DD / YYYY

Laura Davis Jones  
Printed name

Pachulski Stang Ziehl & Jones LLP  
Firm name

919 North Market Street, 17th Floor  
Number  Street

Wilmington                DE         19801  
City                      State      ZIP Code

302-652-4100              ljones@pszjlaw.com  
Contact phone             Email address

2436                      Delaware  
Bar number                State

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> DELIVERY AGENT, INC. et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 16-_____ (___) <br><br> Joint Administration Requested |

## SCHEDULE 1 TO PETITION

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 11 of the Bankruptcy Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only.

Delivery Agent, Inc.

Musictoday, LLC

Clean Fun Promotional Marketing, Inc.

Shop the Shows, LLC

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Delivery Agent, Inc. (8744), Musictoday, LLC (7995), Clean Fun Promotional Marketing, Inc. (6635), and Shop the Shows, LLC (n/a). The notice address for all of the Debtors is: 300 California Street, 3rd Floor, San Francisco, California 94104.

# CERTIFICATE OF RESOLUTIONS

I, Mark Epstein, a duly authorized officer of Delivery Agent, Inc. a Delaware corporation (the "Company"), hereby certify that at a special meeting duly called and held on September 13, 2016, the following resolutions were duly adopted in accordance with the requirements of the Delaware General Corporation Law and the Company's by-laws, and that, as of the date hereof, these resolutions have not been amended or modified and are in full force and effect:

**WHEREAS**, the Board has reviewed and considered the materials presented by the management of the Company and the Company's financial and legal advisors regarding the Company's liabilities and liquidity situation; and

**WHEREAS**, the Company contemplates entering, with its wholly-owned subsidiaries, into a Senior Secured, Super-Priority Debtor-in-Possession Loan and Security Agreement (the "DIP Agreement") with Hillair Capital Investments L.P. (together with its successors, and permitted assigns, the "Lender") and Hillair Capital Management LLC, as administrative agent and collateral agent for the Lender (in such capacity, together with its successors and assigns in such capacity, the "DIP Agent"); and

**WHEREAS**, the Company, with its wholly-owned subsidiaries, and DIP Agent contemplate entering into an Asset Purchase Agreement (the "APA"), pursuant to which the Company shall sell to the DIP Agent or its assignee or designee substantially all of the Company's assets pertaining to the Company's business and operations relating to e-commerce, t-commerce and interactive advertising, as well as other assets described in the APA; and

**WHEREAS**, the Board has consulted with the Company's management and financial and legal advisors and has considered fully each of the strategic alternatives available to the Company; and

**WHEREAS**, in the Board's judgment, it is desirable and in the best interests of the Company, its creditors, stockholders, employees, and other interested parties that the Company file a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, in the Board's judgment, it is desirable and in the best interests of the Company, its creditors, stockholders, employees, and other interested parties that the Company enter into the DIP Agreement, substantially in the form presented to the Board, and subject to such changes and alterations based on the reasonable business judgment of the Company's management; and

**WHEREAS**, in the Board's judgment, it is desirable and in the best interests of the Company, its creditors, stockholders, employees, and other interested parties that the Company enter into the APA, substantially in the form presented to the Board, and subject to such changes and alterations based on the reasonable business judgment of the Company's management;

NOW, THEREFORE, BE IT RESOLVED, that each of the Chief Executive Officer, Chief Financial Officer, and General Counsel of the Company (each, an "Authorized Officer" and collectively, the "Authorized Officers") be, and hereby is, authorized and directed in the name and on behalf of the Company to execute and verify a voluntary petition to commence proceedings under chapter 11 of the Bankruptcy Code and to cause the same to be filed in any district at such time and venue as the Authorized Officer executing said petition shall determine;

RESOLVED, FURTHER, that each of the Company and the Authorized Officers be, and hereby are, authorized and directed to execute and verify a voluntary petition to commence proceedings under chapter 11 of the Bankruptcy Code for each of MusicToday, LLC, Clean Fun Promotional Marketing, Inc., and Shop the Shows, LLC and to cause the same to be filed in any district at such time and venue as the Authorized Officer executing said petition shall determine;

RESOLVED, FURTHER, that the execution and delivery of the DIP Agreement by the Company be, and hereby is, approved and authorized, and that the Authorized Officers of the Company or any of them acting alone are hereby authorized, directed, and empowered to execute, deliver, and cause the Company to carry out the provisions of, and perform its obligations under, the DIP Agreement, substantially in the form presented to the Board, with such changes and exhibits as any of the Authorized Officers may deem necessary or appropriate in their sole and absolute discretion, the execution and delivery of the DIP Agreement by any of such Authorized Officers to be deemed conclusive evidence of such determination;

RESOLVED, FURTHER, that all other transactions contemplated by the DIP Agreement are hereby approved and authorized, all on substantially the terms and conditions set forth in the DIP Agreement;

RESOLVED, FURTHER, that the execution and delivery of the APA by the Company be, and hereby is, approved and authorized, and that the Authorized Officers of the Company or any of them acting alone are hereby authorized, directed, and empowered to execute, deliver, and cause the Company to carry out the provisions of, and perform its obligations under, the APA, substantially in the form presented to the Board, with such changes and exhibits as any of the Authorized Officers may deem necessary or appropriate in their sole and absolute discretion, the execution and delivery of the APA by any of such Authorized Officers to be deemed conclusive evidence of such determination;

RESOLVED, FURTHER, that all other transactions contemplated by the APA are hereby approved and authorized, all on substantially the terms and conditions set forth in the APA;

RESOLVED, FURTHER, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the law firm of Keller & Benvenutti LLP as general bankruptcy counsel to represent and assist the Company in carrying out its respective duties under the Bankruptcy Code and related matters, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case

under chapter 11 of the Bankruptcy Code, and to cause to be filed an appropriate application for authority to retain the services of Keller & Benvenutti LLP;

**RESOLVED, FURTHER,** that each of the Authorized Officers be, and hereby is, authorized and directed to employ the law firm of Pachulski Stang Ziehl & Jones LLP as local bankruptcy counsel to represent and assist the Company in carrying out its respective duties under the Bankruptcy Code and related matters, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under chapter 11 of the Bankruptcy Code, and to cause to be filed an appropriate application for authority to retain the services of Pachulski Stang Ziehl & Jones LLP;

**RESOLVED, FURTHER,** that each of the Authorized Officers be, and hereby is, authorized and directed to employ the firm of Arch & Beam Global, LLC as financial advisor to represent and assist the Company in carrying out its respective duties under the Bankruptcy Code and related matters, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under chapter 11 of the Bankruptcy Code, and to cause to be filed an appropriate application for authority to retain the services of Arch & Beam Global, LLC;

**RESOLVED, FURTHER,** that each of the Authorized Officers be, and hereby is, authorized and directed to employ the firm of Epiq Bankruptcy Solutions, LLC as claims and noticing agent for the Company to assist the Company in carrying out its respective duties under the Bankruptcy Code and related matters; and in connection therewith, each of the Authorized Officers be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under chapter 11 of the Bankruptcy Code, and to cause to be filed an appropriate application for authority to retain the services of Epiq Bankruptcy Solutions, LLC;

**RESOLVED FURTHER,** that each of the Authorized Officers be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code and related matters; and in connection therewith, each of the Authorized Officers be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under chapter 11 of the Bankruptcy Code, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

**RESOLVED FURTHER,** that each of the Authorized Officers be, and hereby is, authorized and directed, in the name and on behalf of the Company, to execute all petitions, schedules, motions, lists, applications, pleadings, and other papers or documents, and to take any and all such other and further actions which such Authorized Officer or the Company's legal

counsel may deem necessary, proper, or desirable in connection with the case under chapter 11 of the Bankruptcy Code, with a view to the successful prosecution of such case;

**RESOLVED FURTHER,** that each of the Authorized Officers be, and hereby is, authorized and directed, in the name and on behalf of the Company, to take such actions and to make, sign, execute, acknowledge, and deliver any and all such additional documents, agreements, affidavits, applications for approvals or rulings of governmental or regulatory authorities, motions, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may be reasonably required to give effect to the foregoing resolutions and to consummate the transactions contemplated by the foregoing resolutions, to execute and deliver such instruments, and to fully perform the terms and provisions thereof; and

**RESOLVED FURTHER,** that to the extent that any of the actions authorized by any of the foregoing resolutions have been taken by an Authorized Officer on behalf of the Company, such actions are hereby ratified and confirmed in their entirety.

_____
Mark Epstein

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DELIVERY AGENT, INC. et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-_____ (___)<br><br>Joint Administration Requested |

**CONSOLIDATED LIST OF CREDITORS HOLDING
30 LARGEST UNSECURED CLAIMS AGAINST DEBTORS**

On September 15, 2016, the above-captioned debtors (collectively, the "Debtors"), each filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting an order authorizing joint administration of their cases for administrative purposes only.

Pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure, the following list provides information with respect to the holders of the thirty (30) largest unsecured claims against the Debtors on a consolidated basis. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the consolidated twenty (30) largest unsecured claims.

The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. The Debtors reserve all rights to assert that any debt or claim listed herein is a disputed claim or debt, and to challenge the priority, nature, amount, or status of any such claim or debt. In the event of any inconsistencies between the summaries set forth below

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Delivery Agent, Inc. (8744), Musictoday, LLC (7995), Clean Fun Promotional Marketing, Inc. (6635), and Shop the Shows, LLC (n/a). The notice address for all of the Debtors is: 300 California Street, 3rd Floor, San Francisco, California 94104.

and the respective corporate and legal documents relating to such obligations, the descriptions in the corporate and legal documents shall control.

**Fill in this information to Identify the case:**

Debtor Name:   Delivery Agent, Inc., et al.

United States Bankruptcy Court for the:   District of Delaware

Case Number (If known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A consolidated list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  RISING TIDE<br>1200 TRINITY DRIVE<br>MENLO PARK, CA 94025 | CONTACT: Joseph Kell, Director<br>PHONE: 650-784-8313<br>joe@newburyventures.com | CONVERTIBLE BRIDGE NOTE | | | | $4,477,707.37 |
| 2  AT&T ADVANCED AD SOLUTIONS<br>810 7TH AVE., 19TH FL<br>NEW YORK, NY 10019 | | TRADE DEBT | | | | $4,070,989.91 |
| 3  LIVE NATION MERCHANDISE<br>2 BRYANT STREET, STE. 300<br>SAN FRANCISCO, CA 94105 | | TRADE DEBT | | | | $3,674,109.00 |
| 4  WORLDVIEW PARTNERS<br>101 S. ELLSWORTH AVENUE, SUITE 401<br>SAN MATEO, CA 94402 | CONTACT: Peter Goettner, Director<br>PHONE: 650-322-3800<br>pgoettner@worldview.com | CONVERTIBLE BRIDGE NOTE | | | | $3,415,646.43 |
| 5  COX MEDIA - WEST<br>6205-B PEACHTREE DUNWOODY RD NE<br>ATLANTA, GA 30328 | | TRADE DEBT | | | | $2,893,176.97 |
| 6  BESSEMER VENTURE PARTNERS<br>1865 PALMER AVENUE, SUITE 104<br>LARCHMONT, NY 10538 | CONTACT: David Cowan, Director<br>dc@bvp.com | CONVERTIBLE BRIDGE NOTE | | | | $2,886,318.51 |
| 7  DISH<br>13155 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | | TRADE DEBT | | | | $2,486,619.26 |
| 8  NBC UNIVERSAL INC<br>30 ROCKEFELLER PLAZA<br>BLDG 75, RM 303N1<br>NEW YORK, NY 10112 | | TRADE DEBT | | | | $2,382,114.00 |

Debtor: Delivery Agent, Inc., et al.                                  Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  BLUE GRAPE MERCHANDISING<br>ATTN: ANN LATORA<br>1755 BROADWAY, 2ND FLOOR<br>NEW YORK, NY 10019 | | TRADE DEBT | | | | $2,340,095.71 |
| 10  CHARTER<br>400 ATLANTIC ST<br>STAMFORD, CT 06901 | | TRADE DEBT | | | | $2,201,596.95 |
| 11  JOHN E ABDO<br>1350 NE 56 STREET, STE. 200<br>FORT LAUDERDALE, FL 33334 | CONTACT: Jack Abdo<br>jackabdo@abdocompanies.com | CONVERTIBLE BRIDGE NOTE | | | | $2,000,000.00 |
| 12  AUDIENCEXPRESS<br>460 WEST 34TH STREET, 14TH FLOOR<br>NEW YORK, NY 10001 | | TRADE DEBT | | | | $1,869,870.21 |
| 13  CVP SBIC, L.P.<br>325 SHARON PARK DR., SUITE 107<br>MENLO PARK, CA 94025 | | CONVERTIBLE BRIDGE NOTE | | | | $1,721,041.63 |
| 14  LATHAM & WATKINS LLP<br>140 SCOTT DRIVE<br>MENLO PARK, CA 94025-1008 | | TRADE DEBT | | | | $1,577,022.00 |
| 15  RED STAR MERCHANDISE<br>1218 EAST MARKET STREET<br>CHARLOTTESVILLE, VA 22902 | | TRADE DEBT | | | | $1,532,828.00 |
| 16  COMCAST NEWS 12 (NORTHEAST)<br>676 ISLAND POND RD<br>MANCHESTER, NH 03109 | | TRADE DEBT | | | | $1,292,483.00 |
| 17  UNIVERSAL MUSIC GROUP DISTRIBUTION<br>2220 COLORADO AVE.<br>SANTA MONICA, CA 90404 | | TRADE DEBT | | | | $1,279,071.16 |
| 18  TURNER NETWORK TV<br>278 PARK AVENUE FLOOR 23<br>NEW YORK, NY 30318 | | TRADE DEBT | | | | $1,211,953.00 |
| 19  FOCUS VENTURES<br>525 UNIVERSITY AVENUE, SUITE 1400<br>PALO ALTO, CA 94301 | CONTACT: Kevin McQuillan<br>PHONE: 650-325-7400<br>Kevin@FocusVentures.com | CONVERTIBLE BRIDGE NOTE | | | | $1,081,398.03 |
| 20  IRONWOOD EQUITY FUND LP<br>ONE BEACON ST.<br>34TH FLOOR<br>BOSTON, MA 02108 | CONTACT: Adam Dotson<br>Dotson@ironwoodcap.com | CONVERTIBLE BRIDGE NOTE | | | | $1,000,000.00 |
| 21  SAMSUNG VENTURES<br>SAMSUNG ELECTRONICS BLDG<br>1320-10 SEOCHO2-DONG, SEOCHU-GU<br>29TH FLOOR<br>SEOUL KOREA | CONTACT: Jihong Kim<br>PHONE: 408-204-3916<br>jihong.k@sisa.samsung.com | CONVERTIBLE BRIDGE NOTE | | | | $905,503.06 |

Debtor: Delivery Agent, Inc., et al.                                    Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 22  DEUTSCHE TELEKOM VENTURE FUNDS GMBH  GOTENSTRAßE 156 53175  BONN  GERMANY | CONTACT: Thomas Vogel  PHONE: 415-904-7900  thomas-vogel@telekom.de | CONVERTIBLE BRIDGE NOTE | | | | $902,744.47 |
| 23  DIRECTV  ONE ROCKEFELLER PLAZA  5TH FLOOR  NEW YORK, NY 10020 | | TRADE DEBT | | | | $784,292.04 |
| 24  DISCOVERY CHANNEL GLOBAL ED. PRTNRSHP  ATTN: ELLEN HENDERSON-MADHAVEN  ONE DISCOVERY PLACE  SILVER SPRING, MD 20910-3354 | | TRADE DEBT | | | | $718,434.00 |
| 25  KINGFISHER EQUITY PARTNERS II, LP  235 MONTGOMERY STREET  SAN FRANCISCO, CA 94104 | CONTACT: Alex Bernstein  alex@kingfisherinvestment.com | CONVERTIBLE BRIDGE NOTE | | | | $679,203.01 |
| 26  BRIGHT HOUSE  5000 CAMPUSWOOD DR, STE 1  EAST SYRACUSE, NY 13057 | | TRADE DEBT | | | | $642,509.29 |
| 27  CABLEVISION  1111 STEWART AVE  BETHPAGE, NY 11714 | | TRADE DEBT | | | | $629,643.98 |
| 28  CORAL GROUP  60 SOUTH SIXTH STREET, SUITE 2210  MINNEAPOLIS, MN 55402 | CONTACT: Mark Headrick  PHONE: 612-335-8683  mark@coralgrp.com | CONVERTIBLE BRIDGE NOTE | | | | $615,839.85 |
| 29  VIAMEDIA INC  7804 SOLUTION CENTER  LOCK BOX 777804  CHICAGO, IL 60677 | | TRADE DEBT | | | | $582,061.62 |
| 30  GREG WASHER  3187 PULLMAN  COSTA MESA, CA 92626 | | NOTE | | | | $500,000.00 |

**Fill in this information to identify the case and this filing:**

Debtor Name  **Delivery Agent, Inc.**

United States Bankruptcy Court for the: _____ District of **Delaware**
                                                                    State

Case number (if known): _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **9/14/16**
            MM / DD / YYYY        X _____
                                   Signature of individual signing on behalf of debtor

                                   **James Jeffrey Hagan**
                                   Printed name

                                   **Chief Financial Officer**
                                   Position or relationship to debtor

Official Form 202         Declaration Under Penalty of Perjury for Non-Individual Debtors    

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DELIVERY AGENT, INC. et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-_____ (___)<br><br>Joint Administration Requested |

### CERTIFICATION CONCERNING CREDITOR MATRIX

Pursuant to Local Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the *Creditor Matrix* submitted herewith, formatted in portable document format, containing the consolidated list of creditors of the above-captioned Debtors, is true and correct and consistent with the Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records. However, no comprehensive legal and/or factual investigations have been completed with regard to any claims (or possible claims) of any of the parties set forth in the *Creditor Matrix* or as to any defenses (or possible defenses) thereto. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Delivery Agent, Inc. (8744), Musictoday, LLC (7995), Clean Fun Promotional Marketing, Inc. (6635), and Shop the Shows, LLC (n/a). The notice address for all of the Debtors is: 300 California Street, 3rd Floor, San Francisco, California 94104.

**Fill in this information to identify the case and this filing:**

Debtor Name  Delivery Agent, Inc.

United States Bankruptcy Court for the: _____ District of  Delaware
                                                                 State

Case number (If known): _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒ Other document that requires a declaration     Certification Concerning Creditor Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   9/14/16         X _____
              MM / DD / YYYY    Signature of individual signing on behalf of debtor

                                James Jeffrey Hagan
                                Printed name

                                Chief Financial Officer
                                Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors


American LegalNet, Inc.
www.FormsWorkFlow.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DELIVERY AGENT, INC.[1] | Case No. 16-____ (___) |
| Debtor. | Joint Administration Requested |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULES 1007
AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

In accordance with Rules 1007 and 7007.1 of the Federal Rules of Bankruptcy Procedure, the Debtors submit the following information:

☒ The following entity directly or indirectly owns 10% or more of any class of the above-captioned Debtor's equity interests:

    Name:    Worldview Technology Partners and affiliates
    Address:  c/o Peter Goettner, Director
                  101 S. Ellsworth Ave.
                  Suite 401
                  San Mateo, California 94401

☐ (Additional names are attached hereto)

☐ There are no entities that directly or indirectly own 10% or more of any class of the Debtor's equity interest.

---

[1] The last four digits of Debtor's tax identification number are (8744). The Debtor's mailing address is: 300 California Street, 3rd Floor, San Francisco, California 94104.

**Fill in this information to identify the case and this filing:**

Debtor Name __Delivery Agent, Inc.__

United States Bankruptcy Court for the: _____ District of __Delaware__
<br>(State)

Case number (If known): _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration      __Corporate Ownership Statement__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9/14/16__
<br>MM / DD / YYYY

X _____
<br>Signature of individual signing on behalf of debtor

__James Jeffrey Hagan__
<br>Printed name

__Chief Financial Officer__
<br>Position or relationship to debtor

