**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                              :
In re:                                                        :   Chapter 11
                                                              :
DELIVERY AGENT, INC., et al.,                                 :   Case No. 16-12051 (LSS)
                                                              :
         Debtors.                                             :   NOTICE OF APPOINTMENT OF
                                                              :   COMMITTEE OF UNSECURED
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x   CREDITORS
```

     Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.     **AT&T Advanced Ad Solutions**, Attn: James Grudus, One AT&T Way, Room 3A115, Bedminster, NJ 07921, Phone: 908-234-3318; Fax: 832-213-0157

2.     **Cox Media, LLC**, Attn: Angela Frazier, Esq., 6205-B Peachtree Dunwoody Rd, Atlanta, GA 30328, Phone: 404-269-6180, Fax: 404-269-5845

3.     **Dish Network L.L.C.**, Attn: Brett Kitei, 9601 S. Meridan Blvd., Englewood, CO 80112, Phone: 303-723-2290, Fax: 720-514-8479

4.     **Charter Communications Operating LLC**, Attn: Barry King, 12405 Powerscourt Drive, St. Louis, MO 63131, Phone: 314-543-5640: Fax: 314-909-0609

5.     **Focus Ventures**, Attn: Kevin McQuillan, 525 University Avenue, Suite 225, Palo Alto, CA 94301, Phone: 650-325-7400, Ext. 254

6.     **NBC Universal Inc.,** Attn: John Roussey, 100 University City Plaza, University City, CA 91608, Phone: 818-777-7601, Fax: 818-866-2314

7.     **John E. Abdo as Trustee under Trust Agreement dated 3/15/76 for the Benefit of John E. Abdo,** Attn: John E. Abdo, 1350 NE 56 Street, Suite 200, Ft. Lauderdale, FL 33334, Phone: 954-491-2191, Fax: 954-491-9217

 

ANDREW R. VARA
Acting United States Trustee, Region 3

 

/s/ *Benjamin Hackman* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: September 29, 2016

Attorney assigned to this Case: Benjamin Hackman, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Proposed Counsel: Laura Davis Jones, Esquire, Phone: (302) 652-4100, Fax: (302) 652-4400