**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DELIVERY AGENT, INC., et al.,[1] | Case No. 16-12051 (LSS) |
| Debtors. | (Jointly Administered) |

## LIST OF EQUITY SECURITY HOLDERS

The above-captioned debtors and debtors in possession (the "Debtors") hereby file the

following list of Delivery Agent, Inc.'s equity security holders prepared in accordance with Rule

1007(a) of the Federal Rules of Bankruptcy Procedure.

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Worldview Technology Partners IV, L.P. | 101 S. Ellsworth Ave. Suite 401 San Mateo, CA 94401 US | 30,030,877 | 9.92550 |
| Bessemer Venture Partners VI L.P. | 535 Middlefield Rd. Suite 245 Menlo Park, CA 94025 US | 20,945,888 | 6.92280 |
| John E. Abdo, Trustee under Trust Agreement dated June 11, 2014 | 1350 NE 56th Street Suite 200 Fort Lauderdale, FL 33334 US | 17,615,323 | 5.82210 |

---

[1]    The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows:  Delivery Agent, Inc. (8744), Musictoday, LLC (7995), Clean Fun Promotional Marketing, Inc. (6635), and Shop the Shows, LLC (n/a).  The notice address for all of the Debtors is:  300 California Street, 3rd Floor, San Francisco, California 94104.

[2]    For privacy, the Debtors have redacted all addresses of employees, prior employees and individual (non-business) equity holders.  All addresses on file at the Debtors' notice address.

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| CVP SBIC, L.P. | 325 Sharon Park Dr. Suite 107 Menlo Park, CA 94025 US | 16,871,755 | 5.57630 |
| Fitzsimmons, Michael | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 13,425,296 | 4.43720 |
| Intel Capital Corporation | 2200 Mission College Blvd. Santa Clara, CA 95054 US | 13,217,834 | 4.36860 |
| Hillair Capital Investments L.P. | 330 Primrose Road Suite 600 Burlingame, CA 94010 US | 12,985,875 | 4.29200 |
| Digital River, Inc. | 10380 Bren Rd W. Minnetonka, MN 55343 US | 12,319,693 | 4.07180 |
| Rising Tide I, LLC | 255 Shoreline Drive Suite 520 Redwood Shores , CA 94065 US | 12,110,535 | 4.00270 |
| Pinnacle Ventures Debt Fund III, L.P. | 1600 El Camino Real Suite 250 Menlo Park, CA 94205 US | 11,875,310 | 3.92490 |
| Focus Ventures III, L.P. | 525 University Avenue 2nd floor Suite 225 Palo Alto, CA 94301 US | 10,270,450 | 3.39450 |

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Live Nation Worldwide, Inc. | 9348 Civic Center Drive<br>Beverly Hills, CA 90210<br>US | 8,807,662 | 2.91100 |
| Deutsche Telekom Venture Funds GmbH | 33 Montgomery St.<br>20th Floor<br>San Francisco, CA 94105<br>US | 8,610,881 | 2.84600 |
| 2006 EIP | EIP is not an entity.  It's options available for future issuance. | 7,274,249 | 2.40420 |
| Bessemer Venture Partners Co-Investment L.P. | 535 Middlefield Rd.<br>Suite 245<br>Menlo Park, CA 94025<br>US | 7,031,071 | 2.32380 |
| Dentsu Inc. | 1-8-1 Higashi-shimbashi, Minato-ku<br>Tokyo,<br>JP | 6,055,267 | 2.00130 |
| Rising Tide Management, LTD. | 255 Shoreline Drive<br>Suite 520<br>Redwood Shores , CA 94065<br>US | 6,055,267 | 2.00130 |
| Peters, James | 116 DEER RIDGE PLACE<br>DANVILLE, CA 94506<br>US | 5,972,429 | 1.97400 |
| SVIC No. 22 New Technology Business Investment L.L.P. | Samsung Electronics Bldgl, 1320-10 Seocho2-dong, Seochu-gu<br>29th Floor<br>Seoul,<br>KR | 5,536,054 | 1.82970 |

3

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Liberty Global Ventures Group Ltd. | Griffin House, 161 Hammersmith Road London, UK W6 8BS UK | 5,123,773 | 1.69350 |
| Worldview Technology International IV, L.P. | 101 S. Ellsworth Ave. Suite 401 San Mateo, CA 94401 US | 4,878,848 | 1.61250 |
| MIHI LLC | 125 West 55th Street 22nd Floor New York, NY 10019 US | 3,633,160 | 1.20080 |
| Rising Tide II, LLC | 255 Shoreline Drive Suite 520 Redwood Shores , CA 94065 US | 3,300,330 | 1.09080 |
| Washer, Gregory | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 3,201,630 | 1.05820 |
| Ironwood Equity Fund, L.P. | One Beacon St. 34th Floor Boston, MA 02108 US | 2,941,333 | 0.97210 |
| Silicon Valley Bank | 3000 Sand Hill Road Building 3, Suite 150 MENLO PARK, CA 94025 US | 2,904,000 | 0.95980 |
| Partners for Growth III, L.P. | 1660 Tiburon Blvd, Suite D Tiburon, CA 94920 US | 2,700,000 | 0.89240 |

DOCS_DE:209864.1  17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Coral's 2007 Offshore Momentum Fund, L.P. | 60 South Sixth St. Suite 2410 Minneapolis, MN 55402 US | 2,441,200 | 0.80680 |
| Rudnick, David | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 2,396,532 | 0.79210 |
| Coral's 2007 Momentum Fund, Limited Partnership | 60 South Sixth St. Suite 2410 Minneapolis, MN 55402 US | 2,083,008 | 0.68850 |
| Lai, Peter | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 2,056,713 | 0.67980 |
| Cardinal Venture Partners, L.P. | 325 Sharon Park Dr. Suite 107 Menlo Park, CA 94025 US | 2,051,017 | 0.67790 |
| Grazia Beteiligungen GmbH & Co. KG | Breitscheidstraße 10 Stuttgart, 70174 DE | 1,956,534 | 0.64670 |
| Hagan, Jeff | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 1,700,000 | 0.56190 |
| Kingfisher Equity Partners II, LP | 235 Montgomery St. Suite 460 San Francisco, CA 94104 | 1,584,092 | 0.52360 |

DOCS_DE:209864.1  17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Coral's 2007 Institutional Momentum Fund, L.P. | 60 South Sixth St. Suite 2410 Minneapolis, MN 55402 US | 1,383,327 | 0.45720 |
| John E. Abdo, as Trustee under Trust Agreement dated 03/15/76 for the benefit of John E. Abdo | 1350 NE 56th Street Suite 200 Fort Lauderdale, FL 33334 US | 1,320,132 | 0.43630 |
| Dagres, Todd | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 1,311,259 | 0.43340 |
| Marder Media Group, Inc. | P. O. Box 5487 Berkeley, CA 94705 US | 1,221,942 | 0.40390 |
| Kosnar, Barbara | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 1,000,000 | 0.33050 |
| Ivers, Patrick | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 865,116 | 0.28590 |
| Joe, Brian | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 820,000 | 0.27100 |
| Gold Hill Capital 2008, LP | ONE ALMADEN BLVD SAN JOSE, CA 95113 US | 800,408 | 0.26450 |

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Garcia, Stephanie | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 700,000 | 0.23140 |
| Del, Ernest | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 590,642 | 0.19520 |
| Marder, Kim | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 585,607 | 0.19350 |
| Goldman, Thomas | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 530,351 | 0.17530 |
| Cardinal Venture Affiliates, L.P. | 325 Sharon Park Dr. Suite 107 Menlo Park, CA 94025 US | 503,030 | 0.16630 |
| Power, Chris | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 482,000 | 0.15930 |
| Lee, Chris | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 454,400 | 0.15020 |
| Marshall, Brian | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 410,600 | 0.13570 |

7

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Ewens, Louis | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 401,000 | 0.13250 |
| PFG Equity Investors, LLC | 1660 Tiburon Blvd, Suite D Tiburon, CA 94920 US | 396,000 | 0.13090 |
| Beasley, Chad | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 385,000 | 0.12720 |
| Pond, Ian | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 385,000 | 0.12720 |
| Patrizia, Charles | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 370,610 | 0.12250 |
| Okie Dokie Investments, LLC | 921 WEST MAIN Duncan, OK 73533 US | 357,142 | 0.11800 |
| Soboloski, Justin | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 348,705 | 0.11530 |
| Middlefield Ventures, Inc. | 2200 Mission College Boulevard Santa Clara, CA 95054 US | 337,934 | 0.11170 |

DOCS_DE:209864.1 17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Rotenberg, Jeffrey | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 334,720 | 0.11060 |
| Wolf, Jared | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 332,800 | 0.11000 |
| Mukand, Rohini | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 325,000 | 0.10740 |
| Drake, Chris | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 323,988 | 0.10710 |
| Warshavsky, Dina | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 323,050 | 0.10680 |
| Gopinath, Balaji | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 319,550 | 0.10560 |
| Money, Cynthia | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 270,000 | 0.08920 |
| Kern, Gregory | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 267,857 | 0.08850 |

DOCS_DE:209864.1  17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Epstein, Mark | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 250,000 | 0.08260 |
| Bessemer Venture Partners VI Institutional L.P. | 535 Middlefield Rd.<br>Suite 245<br>Menlo Park, CA 94025<br>US | 245,565 | 0.08120 |
| McDonald, Harper | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 245,600 | 0.08120 |
| Coyner, Jason | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 242,376 | 0.08010 |
| Buckman, Daniel | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 234,565 | 0.07750 |
| Ngai, Lawrence | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 225,000 | 0.07440 |
| Yang, Xianfeng | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 222,300 | 0.07350 |
| Worldview Strategic Partners IV, L.P. | 101 S. Ellsworth Ave.<br>Suite 401<br>San Mateo, CA 94401<br>US | 221,597 | 0.07320 |

DOCS_DE:209864.1  17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Orelli, Stephen | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 217,580 | 0.07190 |
| Conacher, Catherine | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 212,778 | 0.07030 |
| Porterfield, Joseph | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 208,470 | 0.06890 |
| Brambila, Lorin | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 189,000 | 0.06250 |
| Borgersen, Eric | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 186,859 | 0.06180 |
| Dart, Charles | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 186,388 | 0.06160 |
| Garner, Daniel | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 186,388 | 0.06160 |

DOCS_DE:209864.1 17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| FV Investors III, L.P. | 525 University Avenue 2nd floor<br><br>Suite 225 Palo Alto, CA 94301 US | 183,139 | 0.06050 |
| Polizzi, Joseph | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 180,000 | 0.05950 |
| Michelini, William D | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 178,571 | 0.05900 |
| Shores, Mike | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 178,571 | 0.05900 |
| Keefe, John | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 170,000 | 0.05620 |
| Lemberg, Kevin | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 170,000 | 0.05620 |
| Deardorff, Jonathan | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 159,668 | 0.05280 |

12

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Nichols, Keith | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 151,416 | 0.05000 |
| Martin, JD | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 140,800 | 0.04650 |
| Feild, Rebecca | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 138,800 | 0.04590 |
| Taniguchi (2), Takeshi | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 137,000 | 0.04530 |
| Baird, Scott | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 128,750 | 0.04260 |
| Brown, Hobson | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 125,000 | 0.04130 |
| Tamano, Jonas | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 121,200 | 0.04010 |
| McCombs, James | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 120,664 | 0.03990 |

13

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Carrara, Francois | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 119,330 | 0.03940 |
| Schmidt, Kimberly | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 111,200 | 0.03680 |
| Woods, Dean | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 110,000 | 0.03640 |
| Tolkoff, M. Josh | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 100,817 | 0.03330 |
| The Board of Trustees of the Leland Stanford Junior University (DAPER I) | Unavailable | 100,000 | 0.03310 |
| Trumbull, Craig | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 100,000 | 0.03310 |
| Wong, Aaron | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 99,502 | 0.03290 |
| Hehman, Sarah | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 98,641 | 0.03260 |

14

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Slick, Katherine | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 96,456 | 0.03190 |
| William L. Slick Revocable Trust | P.O. Box 2184 Las Vegas, NM 87701 US | 96,456 | 0.03190 |
| Crandall, David | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 93,731 | 0.03100 |
| Blackmoor, Robert | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 91,200 | 0.03010 |
| Mackenzie, Heather | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 91,167 | 0.03010 |
| Baird, Douglas | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 90,000 | 0.02970 |
| Browne, Suzanne | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 90,000 | 0.02970 |
| Bing, Darren | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 89,285 | 0.02950 |

15

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Hayes, Chuck | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 89,285 | 0.02950 |
| Kim, Anthony | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 89,285 | 0.02950 |
| Thompson, Klay | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 89,285 | 0.02950 |
| Gajjala, Subhashini | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 81,200 | 0.02680 |
| Grosso, Vincent | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 77,500 | 0.02560 |
| Dennison, Mark | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 76,200 | 0.02520 |
| Zvarik, Branislav | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 73,707 | 0.02440 |
| Coit Staffing, Inc. | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 72,000 | 0.02380 |

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Vicker, Katherine | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 70,000 | 0.02310 |
| Liang, Linda | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 68,805 | 0.02270 |
| Beamer, Robert | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 68,400 | 0.02260 |
| Choi, Choon | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 67,000 | 0.02210 |
| Bach, Jonathan | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 66,250 | 0.02190 |
| Ahmed, Shaheryar | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 61,895 | 0.02050 |
| Stockwell, Stephanie | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 61,583 | 0.02040 |
| Freeman, Joy | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 61,433 | 0.02030 |

DOCS_DE:209864.1  17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Campbell, Lindsay | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 60,000 | 0.01980 |
| Kleck, Michael | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 60,000 | 0.01980 |
| Mical, Robert | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 58,800 | 0.01940 |
| Jarvis, Jeremy | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 56,400 | 0.01860 |
| Mac, Sandy | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 56,250 | 0.01860 |
| Kirk, Emily | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 55,800 | 0.01840 |
| Schiff, David | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 55,500 | 0.01830 |
| Widdoes, Jamie | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 55,000 | 0.01820 |

18

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Young, Ben | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 53,611 | 0.01770 |
| Rydhan, Sarfaraz | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 51,666 | 0.01710 |
| Bagus, Kenneth | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 50,000 | 0.01650 |
| Cliff Scheffel Trust | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 50,000 | 0.01650 |
| Laudisio, John | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 50,000 | 0.01650 |
| Opiana, Carol | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 50,000 | 0.01650 |
| Stone, Jim | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 50,000 | 0.01650 |
| Agrusa, Phillip | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 49,330 | 0.01630 |

19

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Christian Sebastian Arnstedt, Niels Peter | , | 46,963 | 0.01550 |
| Grundon, Keola | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 46,300 | 0.01530 |
| Hu, William | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 46,000 | 0.01520 |
| Materne, Kirk | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 45,562 | 0.01510 |
| Radzichovsky, Ginger | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 45,000 | 0.01490 |
| Scott, Jonathan | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 45,125 | 0.01490 |
| Charles D. Bing and Victoria Sutton | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 44,642 | 0.01480 |
| Kennedy, Samuel R | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 44,642 | 0.01480 |

DOCS_DE:209864.1  17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| McCown, Robby | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 44,690 | 0.01480 |
| Delacorte, Peter | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 43,849 | 0.01450 |
| Perelman, Natalia | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 42,500 | 0.01400 |
| Kadous, Michael | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 42,083 | 0.01390 |
| Kumar (Old), Rohini | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 41,666 | 0.01380 |
| Reid, Carmen | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 41,667 | 0.01380 |
| Reid, Matt | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 41,666 | 0.01380 |
| Birnbaum, David | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 40,000 | 0.01320 |

21

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Gilbert, David | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 36,666 | 0.01210 |
| Riley, Christian | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 35,000 | 0.01160 |
| Yugoff, Stephen | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 35,000 | 0.01160 |
| Mandel, John | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 33,854 | 0.01120 |
| Dmitriyev, Aleksey | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 31,041 | 0.01030 |
| MSTO Investment Group Aps. | Unavailable | 31,308 | 0.01030 |
| Dumperth, Elizabeth | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 31,000 | 0.01020 |
| Biondi, Frank | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 30,000 | 0.00990 |

DOCS_DE:209864.1 17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Collins, Ryan | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 30,000 | 0.00990 |
| Jarvis, Shannon | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 30,000 | 0.00990 |
| Chen Walsh (EMP), Karen | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 27,708 | 0.00920 |
| Aliff, Beverly | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 27,000 | 0.00890 |
| Reyna, Melissa | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 26,431 | 0.00870 |
| Starzan, Patrick | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 26,250 | 0.00870 |
| McHenry, Joseph | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 26,041 | 0.00860 |
| Day, Lawrence | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 25,000 | 0.00830 |

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Gentilini, Leo | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 25,000 | 0.00830 |
| Yu, Hilary | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 25,000 | 0.00830 |
| Trinh, Angela | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 23,845 | 0.00790 |
| Yu, Hilary | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 23,125 | 0.00760 |
| Martinez, Andrew | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 22,083 | 0.00730 |
| Sadler, Kathryn | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 22,209 | 0.00730 |
| Bell, Lisa | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 21,644 | 0.00720 |
| McMurrin, Kivilani | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 21,396 | 0.00710 |

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Zheng, Amy | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 21,585 | 0.00710 |
| Chun, Sarah | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 20,445 | 0.00680 |
| Brown, Vicki | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 20,000 | 0.00660 |
| Canose, Andrew | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 20,000 | 0.00660 |
| Daughtry, Gregory | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 20,000 | 0.00660 |
| Deane, Patricia | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 20,000 | 0.00660 |
| Epstein, Jeff | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 20,000 | 0.00660 |
| Erickson, Ross | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 20,000 | 0.00660 |

DOCS_DE:209864.1 17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Geronimo, Eva | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 20,000 | 0.00660 |
| Gilbert, Alan | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 20,000 | 0.00660 |
| Goleman, Philip | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 20,000 | 0.00660 |
| Johnson, Gary | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 20,000 | 0.00660 |
| Jones, Louis | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 20,000 | 0.00660 |
| Marx, Ahndi | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 20,000 | 0.00660 |
| McKiver, Samuel | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 20,000 | 0.00660 |
| Mudd, Corey | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 20,000 | 0.00660 |

26

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Muzi, Jeffrey | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 20,000 | 0.00660 |
| Reice, Matthew | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 20,000 | 0.00660 |
| Roof, Bryan | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 20,000 | 0.00660 |
| Shrestha, Niju | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 20,000 | 0.00660 |
| Sumner, Rochelle | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 20,000 | 0.00660 |
| Trieu, Van | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 20,000 | 0.00660 |
| Sommer, Christian | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 19,270 | 0.00640 |
| Kadam, Rajesh | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 18,750 | 0.00620 |

DOCS_DE:209864.1 17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Wu, Albert | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 18,072 | 0.00600 |
| Bridges, Sandra | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 17,849 | 0.00590 |
| Cabezas, William | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 17,500 | 0.00580 |
| Chen Walsh (CONS), Karen | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 17,500 | 0.00580 |
| Henry, Sam | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 16,677 | 0.00550 |
| Petersen, Nicole | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 16,726 | 0.00550 |
| Fido, Dalmarie | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 16,041 | 0.00530 |
| Gust, Gerard | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 15,624 | 0.00520 |

DOCS_DE:209864.1 17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Nguyen, Marissa | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 15,630 | 0.00520 |
| Pohlen, Patrick | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 15,654 | 0.00520 |
| VP Company Investments 2004, LLC | 555 West Fifth Street., Suite 800 Los Angeles, CA 90013 US | 15,654 | 0.00520 |
| Velikov, Victor | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 15,333 | 0.00510 |
| Clary, Scott | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 15,000 | 0.00500 |
| Hildreth, KC | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 15,000 | 0.00500 |
| Israel, Ashley | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 15,000 | 0.00500 |
| LeFurgy, Richard | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 15,000 | 0.00500 |

DOCS_DE:209864.1  17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Manzano, Matthew | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 15,000 | 0.00500 |
| Miltenberger, Heather | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 15,000 | 0.00500 |
| Patsey, Joshua | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 15,000 | 0.00500 |
| Scharff, Michael | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 15,000 | 0.00500 |
| Snider, James | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 15,000 | 0.00500 |
| Spencer, Collins | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 15,000 | 0.00500 |
| Tomano, Jonas | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 15,000 | 0.00500 |
| Whitlow, Benjamin | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 15,000 | 0.00500 |

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Widdoes, Sam | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 15,000 | 0.00500 |
| Martin, Gema | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 14,125 | 0.00470 |
| Xing, Huabin | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 14,062 | 0.00460 |
| Landi, Danielle | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 12,000 | 0.00400 |
| Ng (3), Jamie | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 12,000 | 0.00400 |
| Wang, Grace | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 12,000 | 0.00400 |
| Cuthbert, John | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 11,666 | 0.00390 |
| Rae-Staples, Veronica | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 11,550 | 0.00380 |

31

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Paul, Matt | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 11,250 | 0.00370 |
| Delavega, Michael | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 10,937 | 0.00360 |
| Watson, William | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 10,800 | 0.00360 |
| Davenport, Joseph | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 10,416 | 0.00340 |
| Flaeger, Roy | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 10,416 | 0.00340 |
| Arroyo, Greg | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 9,895 | 0.00330 |
| Cohen, David | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 10,000 | 0.00330 |
| Fremont, Carl | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 10,000 | 0.00330 |

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Garbarini, Marc | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 10,000 | 0.00330 |
| Greene, Jake | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 10,000 | 0.00330 |
| Kapur, Meenakshi | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 9,895 | 0.00330 |
| Lahham, Shadiah | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 10,000 | 0.00330 |
| Leining, Daniel | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 10,000 | 0.00330 |
| Lyle (2), Leonard | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 10,000 | 0.00330 |
| Mach, Bethany | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 10,000 | 0.00330 |
| Nalla, Subha | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 10,000 | 0.00330 |

DOCS_DE:209864.1 17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Newsome, Hannah | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 10,000 | 0.00330 |
| Payne, William | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 10,000 | 0.00330 |
| Richards, Jason | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 10,000 | 0.00330 |
| Rowley, Megan | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 10,000 | 0.00330 |
| Ryder, Nathan | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 10,000 | 0.00330 |
| Sommer, Stacy | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 10,000 | 0.00330 |
| Thompson, Julie | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 10,000 | 0.00330 |
| Turcotte, Michael | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 10,000 | 0.00330 |

DOCS_DE:209864.1  17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Yeaw, Steven | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 10,000 | 0.00330 |
| Bina, William | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 9,583 | 0.00320 |
| Bellevin, Katherine | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 9,375 | 0.00310 |
| Green, Mitchell | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 9,000 | 0.00300 |
| Penhale, Nigel | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 8,500 | 0.00280 |
| Carwile, Ashley | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 7,916 | 0.00260 |
| Evans, Jennifer | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 8,000 | 0.00260 |
| Fusch, Paul | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 8,000 | 0.00260 |

DOCS_DE:209864.1  17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Greene, Michelle | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 8,000 | 0.00260 |
| Griffith, Daniel | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 8,000 | 0.00260 |
| Hawthorne-Reed, Lauren | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 8,000 | 0.00260 |
| Helwich, Lauren | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 8,000 | 0.00260 |
| Jobin, Todd | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 8,000 | 0.00260 |
| Melecio, Jessica | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 8,000 | 0.00260 |
| Novak, Kenneth | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 8,000 | 0.00260 |
| Overmire, Kelli | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 8,000 | 0.00260 |

DOCS_DE:209864.1 17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Purkey, Patrice | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 8,000 | 0.00260 |
| Roman, Arthur | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 8,000 | 0.00260 |
| Santana, Nancy | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 8,000 | 0.00260 |
| Schlosser, Tiffini | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 8,000 | 0.00260 |
| Slaughter, Shannon | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 8,000 | 0.00260 |
| Van Duren, Sheriann | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 8,000 | 0.00260 |
| Villegas, Alondra | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 8,000 | 0.00260 |
| Wold, Natalie | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 8,000 | 0.00260 |

DOCS_DE:209864.1 17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Allen, Peter | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 7,500 | 0.00250 |
| Trevarthen, Tobin | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 7,500 | 0.00250 |
| Meredith, Alexander | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 7,083 | 0.00230 |
| McMasters, Kimberlee | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 6,000 | 0.00200 |
| Passmore, Faye | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 6,000 | 0.00200 |
| Smith, Traci | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 6,000 | 0.00200 |
| Snyder, Jonathan | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 6,000 | 0.00200 |
| Tucker, Brian | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 6,000 | 0.00200 |

DOCS_DE:209864.1 17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| DeCou, Cyrelle | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 5,625 | 0.00190 |
| Bell, Sean | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 5,000 | 0.00170 |
| FAVA Entertainment | 199 Toilsome Hill Road Fairfield, CT 06825 US | 5,000 | 0.00170 |
| Herbert, Jayme | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 5,000 | 0.00170 |
| Perkins, Emily | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 5,000 | 0.00170 |
| Johnsen, Scott | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 4,583 | 0.00150 |
| Carwile, Christy | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 4,375 | 0.00140 |
| Smith, Alison | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 4,166 | 0.00140 |

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Partida, Mario | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 4,000 | 0.00130 |
| Riley (CONS), Christian | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 4,062 | 0.00130 |
| Smith, Hilary | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 4,000 | 0.00130 |
| Kamath, Gopal | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 3,281 | 0.00110 |
| Gulotta, Brian | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 2,916 | 0.00100 |
| Nguyen, Ann | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 2,939 | 0.00100 |
| Terlep, Kevin | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 2,875 | 0.00100 |
| McKnight, Stephany | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 2,708 | 0.00090 |

DOCS_DE:209864.1 17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Tran, Phong | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 2,708 | 0.00090 |
| Fulton, Vivian | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 2,500 | 0.00080 |
| Mena, Marijo | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 2,308 | 0.00080 |
| Mo, Ben | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 2,500 | 0.00080 |
| Aguilar, Gerardo | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 2,000 | 0.00070 |
| Blake, Jonathan | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 2,000 | 0.00070 |
| Campi, Stephanie | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 1,458 | 0.00050 |
| Elliott, Susan | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 1,562 | 0.00050 |

DOCS_DE:209864.1 17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Pierce, Christine | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 1,250 | 0.00040 |
| Acosta-Priani, Roberto | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 1,000 | 0.00030 |
| Alestock, Anthony | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 1,000 | 0.00030 |
| Anderson, Gilbert | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 800 | 0.00030 |
| Bangley, Glenn | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 1,000 | 0.00030 |
| Bennett, Dani | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 800 | 0.00030 |
| Birckhead, Katherin | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 1,000 | 0.00030 |
| Borrelli, Talon | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 1,000 | 0.00030 |

DOCS_DE:209864.1 17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Bunnell, Alexander | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Campbell, Dana | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Congo, William | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Craft, William | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Crowley, Michael | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Davis, Charles | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Davisworth, Christina | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Donato, Zach | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 800 | 0.00030 |

DOCS_DE:209864.1  17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Dunivan, Lindsey | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 800 | 0.00030 |
| Fee, Bryan | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 1,000 | 0.00030 |
| Felinton, Marc | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 1,000 | 0.00030 |
| Fick, David | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 800 | 0.00030 |
| Fisher, Christopher | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 1,000 | 0.00030 |
| Friend, Frances | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 1,000 | 0.00030 |
| Gialluca, Stephanie | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 800 | 0.00030 |
| Gibson, Larry | Information on File with Debtor at 300 California Street - 3rd Floor San Francisco, CA 94104 US | 800 | 0.00030 |

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Hargraves, Courtney | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 800 | 0.00030 |
| Harris, Barbara | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Hensley, Jason | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Herring, Jr., Sylvester | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Hester, Patrick | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 800 | 0.00030 |
| Howard, Nancy | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Hunnicutt, Amy | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 800 | 0.00030 |
| Jones, Linda | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 800 | 0.00030 |

DOCS_DE:209864.1 17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Jones, Renee | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Keigley, Tanya | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Kyner, Nicole | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,041 | 0.00030 |
| Lamb, Virginia | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Lillard, Joy | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| McAllister, Veronica | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 800 | 0.00030 |
| McCrea, Megan | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 800 | 0.00030 |
| Mitchell, John | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |

DOCS_DE:209864.1 17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Molander, Curtis | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Morales, Marcela | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Mosley, Jeanette | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Mosley, Katina | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Osteen, Rhonda | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 800 | 0.00030 |
| Paz-Conley, Tammie | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Perfater, Taylor | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 800 | 0.00030 |
| Presley, Michael | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 800 | 0.00030 |

DOCS_DE:209864.1 17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Proudfoot, Lorie | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 800 | 0.00030 |
| Reed, Bryan | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Rogers, Meredith | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 800 | 0.00030 |
| Rohm, Justin | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Salisbury, Latara | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Sanchez, Hilda | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Sanchez, Wilder | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Sandridge, Kim | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |

DOCS_DE:209864.1 17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Sandridge, Troy | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Santana, Olympia | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Simpson, Nathan | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Smith, Ian | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 800 | 0.00030 |
| Waalkes, Mary | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 800 | 0.00030 |
| Warren, Wendy | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Williams, Danielle | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 800 | 0.00030 |
| Williams, Sam | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 800 | 0.00030 |

DOCS_DE:209864.1  17973-001

| Equity Holder | Address[2] | Total Outstanding Shares | % of Total Outstanding Shares |
|---|---|---|---|
| Wilson, Keith | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Woodson, Lydia | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 1,000 | 0.00030 |
| Bracken, Sean | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 233 | 0.00010 |
| Gatlin, Aaron | Information on File with Debtor at<br>300 California Street - 3rd Floor<br>San Francisco, CA 94104<br>US | 216 | 0.00010 |

**Total**          **302,561,712**          **100%**

DOCS_DE:209864.1  17973-001

**Fill in this information to identify the case and this filing:**

Debtor Name   Delivery Agent, Inc.

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number *(If known):*  16-12051 (LSS)

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration    List of Equity Holders _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/29/2016
           MM / DD / YYYY

✗ _____
    Signature of individual signing on behalf of debtor

James Jeffrey Hagan
Printed name

Chief Financial Officer
Position or relationship to debtor

---

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

American LegalNet, Inc.
www.FormsWorkFlow.com