## Exhibit A

**Final Report for DA Liquidating Corp. (f/k/a Delivery Agent, Inc.)**

16-12051 Delivery Agent Inc - 2017-06-07 Final Operating Report.xlsx

| In re: DA Liquidating Corp. (f/k/a Delivery Agent, Inc.) | **FINAL REPORT** | Case No: | 16-12051 |
|---|---|---|---|
| Debtor | | Reporting Period: | 6/1/2017 - 6/7/2017 |

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $ 818,305 | | | | $ 818,305 | | $ 567,924 | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | $ 21,167,276 | |
| ACCOUNTS RECEIVABLE | | | | | | | $ - | |
| LOANS AND ADVANCES | | | | | | | $ 2,900,378 | |
| SALE OF ASSETS | | | | | | | $ 4,699,470 | |
| OTHER (ATTACH LIST) | | | | | | | $ 1,467 | |
| TRANSFERS (FROM BUYER) | | | | | $ - | | $ 6,397,147 | |
| | | | | | | | $ - | |
| TOTAL RECEIPTS | $ - | | | | $ - | | $ 35,165,738 | $ - |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | $ - | | $ 3,800,251 | |
| PAYROLL TAXES | | | | | | | $ 2,028,586 | |
| SALES, USE, & OTHER TAXES | | | | | $ - | | $ 1,465,560 | |
| INVENTORY PURCHASES | | | | | $ - | | $ 4,997,130 | |
| SECURED/ RENTAL/ LEASES | | | | | $ - | | $ 1,008,133 | |
| INSURANCE | | | | | | | $ 160,100 | |
| ADMINISTRATIVE | | | | | $ - | | $ 701,771 | |
| SELLING | | | | | | | $ 684,661 | |
| OTHER COSTS (ATTACH LIST) | $ (3,424) | | | | $ (3,424) | | $ 13,910,522 | |
| OTHER: FINAL CASH AMOUNT PAYMENT as per APA with Halo Branded Solutions, Inc. | $ 250,000 | | | | $ 250,000 | | $ 250,000 | |
| OWNER DRAW * | | | | | | | $ - | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | $ - | |
| REPAYMENT | | | | | | | $ 2,000,000 | |
| DIP LOAN FEES | | | | | | | $ 230,075 | |
| PROFESSIONAL FEES, including funding to Professional Fee Trust | | | | | $ - | | $ 3,594,680 | |
| CONTRACTOR | | | | | $ - | | $ 316,489 | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | $ - | | $ 13,975 | |
| COURT COSTS | | | | | | | $ - | |
| TOTAL DISBURSEMENTS | $ 246,576 | | | | $ 246,576 | $ - | $ 35,161,933 | $ - |
| NET CASH FLOW | $ (246,576) | | | | $ (246,576) | | $ 3,805 | $ - |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | $ 571,730 | | | | $ 571,730 | | $ 571,730 | $ - |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | $ 246,576 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ 246,576 |

OTHER COSTS are Negative due to $9k refund from licensing and hosting vendor (Adobe).
UST Fees had previously been categorized in the Administrative or other categores, so more UST fees have been paid to date than the cumulative amount shown above.

16-12051 Delivery Agent Inc - 2017-06-07 Final Operating Report.xlsx

| In re: DA Liquidating Corp. (f/k/a Delivery Agent, Inc.) | | Case No: | 16-12051 |
|---|---|---|---|
| **FINAL REPORT** | | Reporting Period: | 6/1/2017 - 6/7/2017 |

**Other Costs for MOR 1: Schedule of Cash Receipts and Disbursements**

| | Current Month | File to Date |
|---|---|---|
| Rev Share | $3,441 | $5,842,381 |
| Facilities | | $102,329 |
| Payroll Fees | | $65,555 |
| Bank Fees | | $46,315 |
| Shipping | | $4,992,633 |
| License and Hosting | -$9,191 | $883,662 |
| Moving & Storage | $2,326 | $38,412 |
| Loan Payment | | $135,646 |
| Misc | | $14,959 |
| Employee Benefits | | $780,062 |
| Employee 401K contribution | | $314,697 |
| T&E | | $126,448 |
| MSO Fees | | $86,561 |
| Payment to Halo Branded Solutions | | $480,862 |
| **Total** | **-$3,424** | **$13,910,522** |

16-12051 Delivery Agent Inc - 2017-06-07 Final Operating Report.xlsx

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**FINAL REPORT**

In re:  DA Liquidating Corp. (f/k/a Delivery Agent, Inc.)       Case No: 16-12051
Reporting 6/1/2017 -
Debtor      Period: 6/7/2017

SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved Case to Date | Payee | Check Number | Check Date | Amount Paid in Period Fees | Amount Paid in Period Expenses | Fees-To-Date Fees | Fees-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Keller & Benvenutti LLP (Debtor Legal) | 9/15/16 to 4/30/17 | 728,867 | | | | | | 651,208 | 18,095 |
| Pachulski Stang Ziehl & Jones LLP (Debtor Legal) | 9/15/16 to 04/30/17 | 460,224 | | | | | | 363,121 | 26,192 |
| Houlihan Lokey (Debtor Investment Banker) | 9/15/16 to 3/31/17 | 957,163 | | | | | | 950,000 | 7,163 |
| Arch & Beam Global LLC (Debtor Financial Advisor) | 9/15/16 to 4/30/17 | 414,824 | | | | | | 345,061 | 1,353 |
| Epiq Bankruptcy Solutions (Debtor Advisor) | 9/15/16 to 3/31/17 | 17,904 See Note 2 | | | | | | 334,056 | 13,966 |
| Pepper Hamilton LLP (Committee Legal) | 9/15/16 to 3/31/17 | 368,159 | | | | | | 345,001 | 1,690 |
| Carl Marks (Committee Financial Advisor) | 9/15/16 to 3/31/17 | 138,223 | | | | | | 204,322 | 2,820 |
| John Abdo (Committee Member) | 9/15/16 to 3/31/17 | 531 | | | | | | - | 531 |
| OLSHAN FROME WOLOSKY LLP (DIP Lender attorney) | | Note 1 | | | | | | 184,507 | - |
| YOUNG CONAWAY STARGATT & TAYLOR (DIP Lender attorney) | | Note 1 | | | | | | 47,583 | - |
| LATHAM & WATKINS (Debtor Ordinary Course Attorney) | | Note 3 | | | | | | 20,534 | - |

Note: these professional fee and expense payments may not include any payments to ordinary course professionals or other professionals who are not required to file a fee application.
Note 1: Olshan and Young Conaway are not subject to the fee application process as per the DIP loan agreement.
Note 2: Epiq Bankruptcy Solutions "Amount Approved" includes advisory services only. "Amount Paid" and "Filing-To-Date" includes amounts paid to Epiq that do not require a fee app.
Note 3: Latham and Watkins is an ordinary course professional, but they have been included here so MOR1b total matches MOR1.

16-12051 Delivery Agent Inc - 2017-06-07 Final Operating Report.xlsx

**In re: DA Liquidating Corp. (f/k/a Delivery Agent, Inc.)**  Case No: 16-12051
Debtor  Reporting Period: 6/1/2017 - 6/7/2017

# FINAL REPORT

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | JUNE 1 - 7, 2017 | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | | $20,678,700.81 |
| Less: Returns and Allowances | | -$188,210.08 |
| **Net Revenue** | **$0.00** | **$20,490,490.73** |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | $25,110,547.10 |
| Add: Purchases | | $6,064,786.23 |
| Add: Cost of Labor | | $0.00 |
| Add: Other Costs (attach schedule) | | -$4,768,428.28 |
| Less: Ending Inventory [1] | | $22,749,290.78 |
| Cost of Goods Sold | | -$8,426,042.55 |
| **Gross Profit** | **$0.00** | **$7,296,019.90** |
| **OPERATING EXPENSES** | | |
| Advertising | | $742,260.46 |
| Auto and Truck Expense | | $0.00 |
| Bad Debts | | $975,188.02 |
| Contributions | | $0.00 |
| Employee Benefits Programs | | $656,969.08 |
| Insider Compensation* | | $0.00 |
| Insurance | | $208,527.19 |
| Management Fees/Bonuses | | $0.00 |
| Office Expense | | $16,226.57 |
| Pension & Profit-Sharing Plans | | $0.00 |
| Repairs and Maintenance | | $35,307.26 |
| Rent and Lease Expense | | $604,596.91 |
| Salaries/Commissions/Fees | | $4,379,129.16 |
| Supplies | | $21,279.07 |
| Taxes - Payroll | | $334,542.90 |
| Taxes - Real Estate | | $0.00 |
| Taxes - Other | 341.34 | $46,925.92 |
| Travel and Entertainment | | $137,810.12 |
| Utilities | | $222,118.78 |
| Other (attach schedule) | (5,786.97) | $5,978,494.57 |
| **Total Operating Expenses Before Depreciation** | **-$5,445.63** | **$14,359,376.01** |
| Depreciation/Depletion/Amortization | | $1,721,108.24 |
| **Net Profit (Loss) Before Other Income & Expenses** | **$5,445.63** | **-$8,784,464.35** |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | $0.00 |
| Interest Expense | | $3,799,369.75 |
| Other Expense (attach schedule) | 277,567.09 | $277,567.09 |
| **Net Profit (Loss) Before Reorganization Items** | **-$272,121.46** | **-$12,861,401.19** |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | $3,823,703.73 |
| U. S. Trustee Quarterly Fees | | $24,700.00 |
| Adjustment: Excess Rent Accruals in Prior Periods as a result of Rent Escalation Clauses | | -$285,505.00 |
| Gains from Liabilities Assumed by Buyer of DALC Assets | | -$344,270.25 |
| Litigation & Litigation Reserve | | $480,862.00 |
| Income Taxes | | $0.00 |
| **Net Profit (Loss)** | **-$272,121.46** | **-$16,560,891.67** |

*"Insider" is defined in 11 U.S.C. Section 101(31).
1. Inventory balance on Balance Sheet is $0 due to the APA sale to Hillair Capital
COGS add-back is due to previously accrued shipping/inventory balances that had already been pre-paid, but these pre-payments had not yet been applied.
UST Fees had previously been categorized in the Administrative or other categories, so more UST fees have been paid to date than shown.

16-12051 Delivery Agent Inc - 2017-06-07 Final Operating Report.xlsx

| In re: DA Liquidating Corp. (f/k/a Delivery Agent, Inc.) | Case No: | 16-12051 |
|---|---|---|
| Debtor | Reporting Period: | 6/1/2017 - 6/7/2017 |

## FINAL REPORT

### STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | JUNE 1 - 7, 2017 | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| Cost of Shipping Revenue | | $2,397,486.00 |
| Cost of Advertising Revenue | | $100,000.00 |
| Fulfillment + Customer Service Expense | | $2,313,309.11 |
| Shipping & Inventory Adjusted for pre-paid amounts | | -$42,366.83 |
| **Total Other Costs** | - | **$4,768,428.28** |
| | | |
| **Other Operational Expenses** | | |
| Revenue Share | 3440.83 | $3,201,748.19 |
| Credit Card Fees | | $672,177.85 |
| Licensing & Hosting | -9227.8 | $999,579.25 |
| Cleaning Expense | | $350.00 |
| Consulting Fees | | $179,944.74 |
| Legal Fees | | $300,216.40 |
| Audit Fees | | $216,869.78 |
| Other Expense | | $137,840.40 |
| Equipment Rental | | $41,290.42 |
| Training & Seminary | | $337.50 |
| Employee Morale | | $4,535.87 |
| Postage & Delivery | | $18,268.48 |
| Moving & Storage Expense | | $40,049.43 |
| Security & Alarm | | $19,647.14 |
| Payroll Processing | | $50,351.42 |
| Bank Service Charges | | $47,251.97 |
| Filing / Tax Preparation Fees | | $66,550.27 |
| Memberships & Subscriptions | | $5,387.14 |
| Miscellaneous & Wind-down & Archiving | | $166,016.78 |
| Recruiting & Relocation | | $6,917.57 |
| Conference Fees | | $1,225.00 |
| Gain/Loss on Currency Exchange | | -$7,814.94 |
| Gain/Loss on Adjustments to Prepaid Expenses | | -$184,459.12 |
| **Total Other Operational Expenses** | (5,787) | **$5,984,281.54** |
| | | |
| **Other Income** | | |
| | | |
| | | |
| **Other Expenses** | | |
| Post-Closing Adjustment Expense | 277,567.09 | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |

Licensing and hostig negative value is due to a refund from vendor Adobe.
Post-Closing Adjustment expenses: (1) $250,000 to Halo Branded Solutions for Final Cash Amount as per APA and (2) net adjustment of $27,567.09 related to 9019 settlement with Connekt Media

16-12051 Delivery Agent Inc - 2017-06-07 Final Operating Report.xlsx

| | | |
|---|---|---|
| **In re: DA Liquidating Corp. (f/k/a Delivery Agent, Inc.)** | **Case No:** | 16-12051 |
| Debtor | **Reporting Period:** | 6/1/2017 - 6/7/2017 |

**FINAL REPORT**

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 339,813 | 298,187 |
| Restricted Cash and Cash Equivalents | 222,726 | 0 |
| Accounts Receivable (Net) | | 4,247,651 |
| Notes Receivable | | 0 |
| Inventories | | 5,356,296 |
| Prepaid Expenses | 150,000 | 2,463,373 |
| Professional Retainers | | 0 |
| Other Current Assets (attach schedule) | 9,191 | 0 |
| *TOTAL CURRENT ASSETS* | 721,730 | 12,365,507 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | 0 | 0 |
| Machinery and Equipment | 0 | 0 |
| Furniture, Fixtures and Office Equipment | 0 | 21,519,384 |
| Leasehold Improvements | 0 | 360,889 |
| Vehicles | 0 | 0 |
| Less Accumulated Depreciation | 0 | (11,254,514) |
| *TOTAL PROPERTY & EQUIPMENT* | 0 | 10,625,759 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | 0 | 0 |
| Other Assets (attach schedule) | 0 | 13,638,019 |
| *TOTAL OTHER ASSETS* | 0 | 13,638,019 |
| **TOTAL ASSETS** | 721,730 | 36,629,286 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Accounts Payable | 448,612 | (311) |
| Taxes Payable (refer to FORM MOR-4) | 0 | 149,739 |
| Wages Payable | | 207,191 |
| Notes Payable | | 0 |
| Rent / Leases - Building/Equipment | | 0 |
| Secured Debt / Adequate Protection Payments | | 0 |
| Professional Fees | 159,691 | 0 |
| Amounts Due to Insiders* | | 0 |
| Other Postpetition Liabilities (attach schedule) | 9,025 | 3,855,200 |
| *TOTAL POSTPETITION LIABILITIES* | 617,328 | 4,211,819 |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | 0 | 9,280,000 |
| Priority Debt | 638,069 | 1,032,444 |
| Unsecured Debt | 139,175,637 | 139,451,231 |
| *TOTAL PRE-PETITION LIABILITIES* | 139,813,706 | 149,763,675 |
| | | |
| **TOTAL LIABILITIES** | 140,431,034 | 153,975,494 |
| **OWNER EQUITY** | | |
| Capital Stock | 174,943,527 | 174,943,527 |
| Additional Paid-In Capital | | 0 |
| Partners' Capital Account | | 0 |
| Owner's Equity Account | | 0 |
| Retained Earnings - Pre-Petition | (292,289,735) | (292,289,735) |
| Retained Earnings - Postpetition | (22,363,097) | 0 |
| Adjustments to Owner Equity (attach schedule) | 0 | 0 |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | 0 | 0 |
| *NET OWNER EQUITY* | (139,709,305) | (117,346,208) |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 721,730 | 36,629,286 |
| | (0) | 0 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

Restricted Cash includes cash for: Utility Adequate Assurance, Committee Discretionary.

16-12051 Delivery Agent Inc - 2017-06-07 Final Operating Report.xlsx

| In re | In re: DA Liquidating Corp. (f/k/a Delivery Agent, Inc.) | Case No: | 16-12051 |
|---|---|---|---|
| | Debtor | Reporting Period: | 6/1/2017 - 6/7/2017 |

## FINAL REPORT

### BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **Other Current Assets** | | |
| Amounts due from Buyer (Connekt Media) | - | 0 |
| Undeposited Funds | 9191.02 | |
| **Total Other Current Assets** | **9,191** | |
| **Other Assets** | | |
| Intangibles, net | 0 | 5,644,947 |
| Goodwill | 0 | 6,936,606 |
| Prepaid Deposits | 0 | 454,463 |
| Debt Aquisition Costs | 0 | 602,003 |
| **Total Other Assets** | **0** | **13,638,019** |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **Other Postpetition Liabilities** | | |
| Accrued Expenses | | 27,213 |
| Accrued Partner Marketing | | 11,511 |
| Deferred Rent | 0 | 467,191 |
| Employee Benefits Payable | 0 | 16,092 |
| Customer Deposits | 0 | 963,497 |
| Gift Card Liability | 0 | 820,226 |
| Deferred Revenue | 0 | 859,169 |
| FOB Adjustments | 0 | 690,302 |
| Litigation Reserve | 0 | 0 |
| Wind-down Expense Accrual | 9,025 | 0 |
| Amounts due to Buyer (Connekt Media) | 0 | 0 |
| **Total Other Postpetition Liabilities** | **9,025** | **3,855,200** |

**Adjustments to Owner Equity**

**Postpetition Contributions (Distributions) (Draws)**

Amounts due from Buyer (Connekt Media) are zero after court approval of the Connekt 9019 Motion at 6/6/17 hearing.

# FINAL REPORT

In re: Delivery Agent, Inc.

Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Case No. 16-12051

Reporting Period: July 7, 2016 to September 14, 2016

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS
(This schedule is to include each Professional paid a retainer')

| Payee | Check Date | Check Number | Name of Payor | Amount | Amount Applied to Date | Balance |
|---|---|---|---|---|---|---|
| Keller & Benvenutti, LLP IOLTA | 42558 | Wire | Delivery Agent, Inc. | 50,000.00 | 50,000.00 | - |
| Keller & Benvenutti, LLP IOLTA | 42598 | Wire | Delivery Agent, Inc. | 24,588.00 | 24,588.00 | - |
| Keller & Benvenutti, LLP IOLTA | 42608 | Wire | Delivery Agent, Inc. | 40,464.00 | 40,464.00 | - |
| Keller & Benvenutti, LLP IOLTA | 42621 | Wire | Hillair Capital | 225,000.00 | 171,777.70 | 53,222.30 |
| Pachulski Stang Ziehl & Jones LLP | 42621 | Wire | Keller & Benvenutti, LLP as Trustee, K&B IOLTA | 50,000.00 | 50,000.00 | - |
| Houlihan Lokey Capital, Inc. | 42627 | Wire | Delivery Agent, Inc. | 3,000.00 | 3,000.00 | - |
| Arch & Beam Global LLC | 42622 | 103 | Delivery Agent, Inc. | 10,000.00 | 10,000.00 | - |
| Arch & Beam Global LLC | 42625 | 105 | Delivery Agent, Inc. | 10,000.00 | 9,987.00 | 13.00 |
| Epiq Systems | 42625 | Wire | Delivery Agent, Inc. | 15,000.00 | 15,000.00 | - |
| Epiq Systems | 42625 | Wire | Delivery Agent, Inc. | 11,108.00 | 11,108.00 | - |
| Epiq Systems | 42627 | Wire | Delivery Agent, Inc. | 13,901.00 | 13,901.00 | - |

**TOTAL AMOUNT OF PRE-PETITION RETAINERS OUTSTANDING AS OF 6/7/2017**   $ 53,235.30

Note: These amounts are not currently included on the 6/7/17 DALC balance sheet.

16-12051 Delivery Agent Inc - 2017-06-07 Final Operating Report.xlsx

**In re: DA Liquidating Corp. (f/k/a Delivery Agent, Inc.)**

Debtor

# FINAL REPORT

Case No: 16-12051
Reporting Period: 6/1/2017 - 6/7/2017

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0 | | | | | 0 |
| FICA-Employee | 0 | | | | | 0 |
| FICA-Employer | 0 | | | | | 0 |
| Unemployment | 0 | | | | | 0 |
| Income | 0 | | | | | 0 |
| Other: | 0 | | | | | 0 |
| **Total Federal Taxes** | 0 | 0 | 0 | 0 | 0 | 0 |
| **State and Local** | | | | | | |
| Withholding | 0 | | | | | 0 |
| Sales | 0 | 341 | 0 | | 0 | 341.34 |
| Excise | 0 | | | | | 0 |
| Unemployment | 0 | | | | | 0 |
| Real Property | 0 | | | | | 0 |
| Personal Property | 0 | | | | | 0 |
| Other: San Francisco PR Tax | 0 | | | | | 0 |
| Total State and Local | 0 | 341 | 0 | 0 | 0 | 341 |
| **Total Taxes** | 0 | 341 | 0 | 0 | 0 | 341 |

Note: There is $22,257.16 of sales tax in the A/P aging due to Colorado Dept. of Revenue, not included above as it is for pre-petition sales tax.

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
|  |  | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 18,157 | 222,132 | 66,119 | 30,966 | 110,897 | 448,271 |
| Wages Payable | 0 | | | | | 0 |
| Taxes Payable | 341 | | | | | 341 |
| Rent/Leases-Building | | | | | | 0 |
| Rent/Leases-Equipment | | | | | | 0 |
| Secured Debt/Adequate Protection Payments | 0 | | | | | 0 |
| Professional Fees | | | | | | 0 |
| Amounts Due to Insiders* | | | | | | 0 |
| Other: Partner Marketing Settlements | 0 | | | | | 0 |
| Other: AP Invoice Accruals | 0 | | | | | 0 |
| **Total Postpetition Debts** | 18,499 | 222,132 | 66,119 | 30,966 | 110,897 | 448,612 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

DALC has cash in DIP accounts left for Chapter 7 Trustee to pay all outstanding Post-Petition Debts.

*"Insider" is defined in 11 U.S.C. Section 101(31).

MOR 4

16-12051 Delivery Agent Inc - 2017-06-07 Final Operating Report.xlsx

In re: DA Liquidating Corp. (f/k/a Delivery Agent, Inc.)  
          Debtor

| | |
|---|---|
| Case No: | 16-12051 |
| Reporting Period: | 6/1/2017 - 6/7/2017 |

# FINAL REPORT

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 |
| + Amounts billed during the period | 0 |
| - Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 0 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 0 |
| 31 - 60 days old | 0 |
| 61 - 90 days old | 0 |
| 91+ days old | 0 |
| Total Accounts Receivable | 0 |
| Amount considered uncollectible (Bad Debt) | 0 |
| Accounts Receivable (Net) | 0 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | x |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | x | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | x | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | x |

1. Delivery Agent Inc. to Hillair Capital APA, 11/18/2016

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:  DA Liquidating Corp. (f/k/a Delivery Ag    Case No. 16-12051
   Debtor

# FINAL REPORT

**List of All Bank Accounts**

**Silicon Valley Bank (SVB)**

| Acct # (Last 4 digits only) | Acct Name | Status |
| --- | --- | --- |
| xxxxxx9032 | DIP SF Main | Active DIP Account |
| xxxxxx9047 | DIP Crozet Operating | Active DIP Account |
| xxxxxx9066 | DIP Payroll | Active DIP Account |
| xxxxxx9051 | DIP Clean Fun Operating | CLOSED |
| xxxxxx1880 | DIP Adequate Assurance Deposit | Active DIP Account |
| xxxxxx9070 | DIP Admin Operating | Active DIP Account |
| xxxxxx6301 | DIP Admin Reserve | Active DIP Account |
| xxxxxx2121 | DIP Wind-down Operating | Active DIP Account |
| xxxxxx2136 | DIP Committee Discretionary | Active DIP Account |