**Exhibit C**

**Final Report for Clean Fun Liquidating Corp.,
f/k/a Clean Fun Promotional Marketing, Inc.**

16-12053 Clean Fun Promotional Marketing Inc. 2017-06-07 Final Operating Report.xlsx

In re: Clean Fun Promotional Marketing, Inc.
Debtor

**FINAL REPORT**

Case No: 16-12053
Reporting Period: 6/1/2017 - 6/07/2017

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

*There were no operations in this entity during the MOR period.*

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $ - | | | | $ - | $ - | $ - | $ - |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | $ 2,899,312 | $ 2,545,000 |
| LOANS AND ADVANCES | | | | | | | $ - | $ - |
| SALE OF ASSETS | | | | | | | $ - | $ - |
| OTHER (ATTACH LIST) | | | | | | | $ - | $ - |
| TRANSFERS (FROM DIP ACCTS) | | | | | $ - | | $ - | $ - |
| **TOTAL RECEIPTS** | $ - | | | | $ - | $ - | $ 2,899,312 | $ 2,545,000 |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | $ - | | $ 171,976 | $ 145,000 |
| PAYROLL TAXES | | | | | | | $ 9,759 | $ - |
| SALES, USE, & OTHER TAXES | | | | | $ - | | $ - | $ - |
| INVENTORY PURCHASES | | | | | | | $ 211,891 | $ 250,000 |
| SECURED/ RENTAL/ LEASES | | | | | | | $ 35,473 | $ - |
| INSURANCE | | | | | | | $ - | $ - |
| ADMINISTRATIVE | | | | | | | $ - | $ - |
| SELLING | | | | | | | $ 189,830 | $ 150,000 |
| OTHER (ATTACH LIST) | | | | | | | $ 963 | $ - |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | $ 2,279,420 | $ 2,000,000 |
| | | | | | | | $ - | $ - |
| PROFESSIONAL FEES | | | | | Paid by Lead Debtor | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | Paid by Lead Debtor | | | |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | $ - | | | | $ - | $ - | $ 2,899,312 | $ 2,545,000 |
| **NET CASH FLOW** | $ - | | | | $ - | $ - | $ (0) | $ - |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| **CASH - END OF MONTH** | $ - | | | | $ - | $ - | $ (0) | $ - |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | $ - |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ - |

16-12053 Clean Fun Promotional Marketing Inc. 2017-06-07 Final Operating Report.xlsx

| | |
|---|---|
| In re: Clean Fun Promotional Marketing, Inc. | **Case No:** 16-12053 |
| Debtor | **Reporting Period:** 6/1/2017 - 6/07/2017 |

## Explanation for This Period's MOR

**FINAL REPORT**

Clean Fun Promotional Marketing was sold through an asset sale approved by the Bankruptcy Court (Docket 187 in Lead Debtor Case #16-12051). The sale closed on October 13, 2016 with Halo Branded Solutions. Given the sale closing date in October, there were no operations in the Clean Fun business during this MOR period, hence no transactions for current month. Clean Fun DIP bank accounts have been closed.

16-12053 Clean Fun Promotional Marketing Inc. 2017-06-07 Final Operating Report.xlsx

In re: Clean Fun Promotional Marketing, Inc.

Debtor

**FINAL REPORT**

**Case No:** 16-12053
**Reporting Period:** 6/1/2017 - 6/07/2017

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Professional Fees are reported at the Lead Debtor: DA Liquidating Corp f/k/a Delivery Agent, Inc. 16-12051-LSS. None are paid at this entity level. | | | | | | | | | |

16-12053 Clean Fun Promotional Marketing Inc. 2017-06-07 Final Operating Report.xlsx

| In re: Clean Fun Promotional Marketing, Inc. | Case No: | 16-12053 |
|---|---|---|
| Debtor | Reporting Period: | 6/1/2017 - 6/07/2017 |

# FINAL REPORT

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.
*See MOR-1 Explanation for further information.*

| REVENUES | Month | | Cumulative Filing to Date |
|---|---|---|---|
| Gross Revenues | | $ | 1,114,460 |
| Less: Returns and Allowances | | | |
| Net Revenue | $     - | $ | 1,114,460 |
| **COST OF GOODS SOLD** | | | |
| Beginning Inventory | | | |
| Add: Purchases | | | |
| Add: Cost of Labor | | | |
| Add: Other Costs (attach schedule) | | | |
| Less: Ending Inventory | | | |
| Cost of Goods Sold | | $ | 801,290 |
| Gross Profit | $     - | $ | 313,170 |
| **OPERATING EXPENSES** | | | |
| Advertising | | | |
| Auto and Truck Expense | | | |
| Bad Debts | | | |
| Contributions | | | |
| Employee Benefits Programs | | $ | 6,152 |
| Insider Compensation* | | | |
| Insurance | | | |
| Management Fees/Bonuses | | | |
| Office Expense | | | |
| Pension & Profit-Sharing Plans | | | |
| Repairs and Maintenance | | $ | 1,500 |
| Rent and Lease Expense | | $ | 49,553 |
| Salaries/Commissions/Fees | | $ | 401,189 |
| Supplies | | $ | 1,076 |
| Taxes - Payroll | | $ | 11,922 |
| Taxes - Real Estate | | | |
| Taxes - Other | | | |
| Travel and Entertainment | | | |
| Utilities | | $ | 905 |
| Other (attach schedule) | | $ | 15,778 |
| Total Operating Expenses Before Depreciation | | $ | 488,075 |
| Depreciation/Depletion/Amortization | | $ | 29,285 |
| Net Profit (Loss) Before Other Income & Expenses | $     - | $ | (204,190) |
| **OTHER INCOME AND EXPENSES** | | | |
| Other Income (attach schedule) | | | |
| Interest Expense | | | |
| Other Expense (attach schedule) | | | |
| Net Profit (Loss) Before Reorganization Items | | | |
| **REORGANIZATION ITEMS** | | | |
| Professional Fees | | | |
| U. S. Trustee Quarterly Fees | | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | | |
| Gain (Loss) from Asset Sale | | $ | (7,794,538) |
| Other Reorganization Expenses (attach schedule) | | | |
| Total Reorganization Expenses | | | |
| Income Taxes | | | |
| Net Profit (Loss) | $     - | $ | (7,998,728) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

16-12053 Clean Fun Promotional Marketing Inc. 2017-06-07 Final Operating Report.xlsx

| In re: Clean Fun Promotional Marketing, Inc. | Case No: | 16-12053 |
| --- | --- | --- |
| Debtor | Reporting Period: | 6/1/2017 - 6/07/2017 |

**FINAL REPORT**

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
| --- | --- | --- |
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| Membership | | $ 1,500 |
| Bank Fees | | $ 9,677 |
| T & E | | $ 645 |
| Fulfillment | | $ 3,957 |
| Total | $ - | $ 15,778 |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

16-12053 Clean Fun Promotional Marketing Inc. 2017-06-07 Final Operating Report.xlsx

| In re: Clean Fun Promotional Marketing, Inc. | Case No: | 16-12053 |
|---|---|---|
| Debtor | Reporting Period: | 6/1/2017 - 6/07/2017 |

**FINAL REPORT**

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | | $ (383,247) |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | $ - |
| Accounts Receivable (Net) | | $ 4,878,483 |
| Notes Receivable | | |
| Inventories | | $ 460,153 |
| Prepaid Expenses | | $ 2,414,763 |
| Professional Retainers | | $ - |
| Other Current Assets (attach schedule) | | $ - |
| *TOTAL CURRENT ASSETS* | $ - | $ 7,370,152 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | $ 55,543 |
| Leasehold Improvements | | $ 72,136 |
| Vehicles | | $ 57,372 |
| Less Accumulated Depreciation | | $ (76,647) |
| *TOTAL PROPERTY & EQUIPMENT* | $ - | $ 108,405 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | $ 2,047,780 |
| *TOTAL OTHER ASSETS* | $ - | $ 2,047,780 |
| **TOTAL ASSETS** | $ | $ 9,526,336 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Accounts Payable ** | $ - | $ 56,932 |
| Taxes Payable (refer to FORM MOR-4) | $ - | $ 76,289 |
| Wages Payable | $ - | $ 763,861 |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | $ - | $ 63,117 |
| *TOTAL POSTPETITION LIABILITIES* | $ - | $ 960,199 |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | | |
| Priority Debt | | $ 50,576 |
| Unsecured Debt | $ 3,753,487 | $ 3,438,461 |
| *TOTAL PRE-PETITION LIABILITIES* | $ 3,753,487 | $ 3,489,037 |
| | | |
| *TOTAL LIABILITIES* | $ 3,753,487 | $ 4,449,237 |
| **OWNER EQUITY** | | |
| Capital Stock | | |
| Additional Paid-In Capital | $ (3,753,487) | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | $ 5,077,100 |
| Retained Earnings - Postpetition | | $ - |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | $ (3,753,487) | $ 5,077,100 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ (0) | $ 9,526,336 |

*"Insider" is defined in 11 U.S.C. Section 101(31).
Secured debt is now zero due to the credit bid by Secured Lender. Offsetting accounting transaction done at DA Liquidating Corp level (16-12051).
Adjustments to balance sheet this period were to clean-up prior items that are being consolidated at the DA / Delivery Agent (Lead Debtor) level. As such, these balance sheet adjustments did not create an impact to the Statement of Operations at the Clean Fun level, rather just an impact to consolidated Equity.
**The Clean Fun A/P balance was approximately $82,601, based on invoices sent to the Debtor. However, these liabilities were assumed by Halo Branded Solutions Inc. ("Halo") through the Asset Purchase Agreement relating to the sale of the Clean Fun Promotional Marketing business (as per APA section 1.4(a)). Therefore, the Debtors assert that the post-petition Clean Fun A/P is zero and reserve all rights vis a vis Halo with respect to these accounts payables to the extent Halo does not pay them.

16-12053 Clean Fun Promotional Marketing Inc. 2017-06-07 Final Operating Report.xlsx

In re: Clean Fun Promotional Marketing, Inc.  
Debtor  
**FINAL REPORT**

Case No: 16-12053  
Reporting Period: 6/1/2017 - 6/07/2017

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **Other Current Assets** | | |
| Intangibles, net | | $ 791,792 |
| Goodwill | | $ 1,218,841 |
| Prepaid Deposits | | $ 36,967 |
| **Total Other Current Assets** | $ - | $ 2,047,600 |
| **Other Assets** | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **Other Postpetition Liabilities** | | |
| Accrued Expenses | $ - | $ 1,131 |
| Deferred Rent | $ - | $ 61,986 |
| **Total Other Postpetition Liabilities** | $ - | $ 63,117 |
| **Adjustments to Owner Equity** | | |
| **Postpetition Contributions (Distributions) (Draws)** | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re: Clean Fun Promotional Marketing, Inc.        Case No:    16-12053
                                                    Reporting   6/1/2017 -
       Debtor                                       Period:     6/07/2017

# FINAL REPORT

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | $ - | | | | | $ - |
| FICA-Employee | $ - | | | | | $ - |
| FICA-Employer | $ - | | | | | $ - |
| Unemployment | $ - | | | | | $ - |
| Income | $ - | | | | | $ - |
| Other: | $ - | | | | | $ - |
| Total Federal Taxes | $ - | $ - | $ - | $ - | $ - | $ - |
| **State and Local** | | | | | | |
| Withholding | $ - | | | | | $ - |
| Sales | | | | | | $ - |
| Excise | $ - | | | | | $ - |
| Unemployment | $ - | | | | | $ - |
| Real Property | $ - | | | | | $ - |
| Personal Property | $ - | | | | | $ - |
| Other: | $ - | | | | | $ - |
| Total State and Local | $ - | $ - | $ - | | $ - | $ - |
| **Total Taxes** | $ - | $ - | $ - | | $ - | $ - |

*Sales taxes due adjusted after reconciliation.*

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | - | - |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | - | - |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**
Debtor believes these liabilities were assumed by Halo Branded Solutions Inc. (see MOR3 more detailed note)

*"Insider" is defined in 11 U.S.C. Section 101(31).

16-12053 Clean Fun Promotional Marketing Inc. 2017-06-07 Final Operating Report.xlsx

| In re: Clean Fun Promotional Marketing, Inc. | Case No: | 16-12053 |
|---|---|---|
| Debtor | Reporting Period: | 6/1/2017 - 6/07/2017 |

# FINAL REPORT

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | 0 | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | 0 | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

1. Clean Fun Promotional Marketing was sold as per bankruptcy court approved 363 sale in October 2016.