**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| DA LIQUIDATING CORP., f/k/a DELIVERY AGENT, INC., *et al.*,[1] | Case No. 16-12051 (LSS) (Jointly Administered) |
| Debtors. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON AUGUST 23, 2018 AT 9:30 A.M. ET**

**CONTINUED MATTER(S):**

1.  Motion to Compel Hillair/Connekt to Pay Post-Closing Amounts Due and Owing to Google, Inc. Related to the Debtors' Accounts; filed March 28, 2018 [D.I. 1018].

    Response Deadline:  April 12, 2018; extended for Hillair/Connekt.

    Responses Received:

    A.  Hillair/Connekt Objection to Motion; filed May 21, 2018 [D.I. 1036].

    Related Documents:

    B.   Proposed Order.

    Status:   This matter is continued to a date to be determined.

**MATTER(S) GOING FORWARD:**

2.  Motion of Google Inc. for Allowance and Payment of Administrative Expense Pursuant to Section 503(b) of the Bankruptcy Code; filed May 25, 2017 [D.I. 855].

    Response Deadline:  June 9, 2017; extended for Chapter 7 Trustee.

    Responses Received:

    A.  Objection of Chapter 7 Trustee; filed July 13, 2017 [D.I. 935].

---

[1]    The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: DA Liquidating Corp., f/k/a Delivery Agent, Inc. (8744), MusicToday Liquidating LLC, f/k/a Musictoday, LLC (7995), Clean Fun Liquidating Corp., f/k/a Clean Fun Promotional Marketing, Inc. (6635), and Shop the Shows Liquidating LLC, f/k/a Shop the Shows, LLC (n/a). The notice address for all of the Debtors is: 7 West 41st Avenue - #245, San Mateo, CA 94403.

B.  Supplement to Objection of Chapter 7 Trustee; filed September 20, 2017 [D.I. 991].

C.  Google LLC (f/k/a Google Inc.)'s Reply; filed April 6, 2018 [D.I. 1025].

Related Documents:

D.  Amended Notice of Hearing re:  Pending Motions; filed October 25, 2017 [D.I. 996].

E.  Amended Notice of Hearing re:  Pending Motions; filed February 20, 2018 [D.I. 1011].

F.  Amended Notice of Hearing re:  Pending Motions; filed March 20, 2018 [D.I. 1016].

G.  Proposed Order.

H.  Declaration of David Curtin re:  Motion; filed May 22, 2018 [D.I. 1038].

I.  Stipulation re:  Admission of the Curtin Declaration; filed July 6, 2018 [D.I. 1041].

Status:  This matter is going forward as a status conference. Item #1 on the agenda, *supra*, may be discussed in connection with this matter – accordingly, the agenda items for item #1 are being included in the hearing binder for that purpose.

Dated:  August 21, 2018
         Wilmington, Delaware

                                        CIARDI CIARDI & ASTIN


                                        */s/ Joseph J. McMahon, Jr.*
                                        Daniel K. Astin (No. 4068)
                                        John D. McLaughlin, Jr. (No. 4123)
                                        Joseph J. McMahon, Jr. (No. 4819)
                                        1204 N. King Street
                                        Wilmington, Delaware 19801
                                        Tel:  (302) 658-1100
                                        Fax:  (302) 658-1300
                                        jmcmahon@ciardilaw.com

                                        -and-

Albert A. Ciardi, III, Esquire
One Commerce Square
2005 Market Street, Suite 3500
Philadelphia, PA 19103
Tel:  (215) 557-3550
Fax:  (215) 557-3551
aciardi@ciardilaw.com

*Counsel to George L. Miller,*
*Chapter 7 Trustee*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 21, 2018 I caused a true and correct copy of the **Notice of Agenda of Matters Scheduled for Hearing on August 23, 2018 at 9:30 A.M. ET** to be served upon the parties on the attached list via electronic mail.

*/s/ Joseph J. McMahon, Jr.*
Joseph J. McMahon, Jr. (No. 4819)

Steven Ostrow
James Vandermark
Marc S. Casarino
WHITE & WILLIAMS LLP
Courthouse Square
600 N. King Street, Suite 800
Wilmington, DE 19801
ostrows@whiteandwilliams.com
vandermarkj@whiteandwilliams.com
casarinom@whiteandwilliams.com

Hillair Capital Management
345 Lorton Avenue, Suite 303
Burlingame, CA  94010
Attention:  Sean M. McAvoy
seanm@hillaircapital.com

Olshan Frome Wolosky LLP
1325 Avenue of the Americas
New York, NY  10019
Attention:  Adam H. Friedman, Esq. and Jonathan T. Koevary, Esq.
afriedman@olshanlaw.com
jkoevary@olshanlaw.com
(Counsel to Hillair/Connekt)

HALO Branded Solutions, Inc.
Attention: Marc S. Simon
Two Prudential Plaza, Suite 3500
180 North Stetson
Chicago, Illinois 60601
marc.simon@halo.com

Kirkland & Ellis LLP
Attention: Ryan D. Harris, P.C.
300 North LaSalle
Chicago, Illinois 60654
ryan.harris@kirkland.com
(Counsel to Halo)

Domenic E. Pacitti, Esq.
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
dpacitti@klehr.com
(Counsel to Halo)

Office of the United States Trustee
Attention:  Mark S. Kenney, Esq.
844 N. King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
mark.kenney@usdoj.gov

Keller & Benvenutti LLP
Attn: Tobias S. Keller & Jane Kim
650 California Street, Suite 1900
San Francisco, CA 94108
tkeller@kellerbenvenutti.com
jkim@kellerbenvenutti.com

Pachulski Stang Ziehl & Jones LLP
Attn:  Laura Davis Jones & Peter Keane
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899
ljones@pszjlaw.com
pkeane@pszjlaw.com

John A. Wetzel, Esquire
Wetzel Gagliardi Fetter & Lavin LLC
101 E. Evans St., Ste. A
West Chester, PA  19380
jwetzel@wgflaw.com

Joseph D. Frank
Reed Heiligman
FRANKGECKER LLP
325 North LaSalle Street
Suite 625
Chicago, Illinois 60654
Telephone: (312) 276-1400
Facsimile: (312) 276-0035
jfrank@fgllp.com
rheiligman@fgllp.com

Adam Hiller, Esq.
1500 North French Street
Wilmington, DE 19801
ahiller@adamhillerlaw.com

Marc D. Rosenberg, Esquire
GOLENBOCK EISEMAN ASSOR
 BELL & PESKOE LLP
711 Third Avenue
New York, NY  10017
mrosenberg@golenbock.com

Thomas M. Horan, Esq.
SHAW FISHMAN GLANTZ & TOWBIN LLC
300 Delaware Avenue, Suite 1370
Wilmington, DE  19801
thoran@shawfishman.com

Terence G. Banich, Esq.
SHAW FISHMAN GLANTZ & TOWBIN LLC
321 N. Clark Street, Suite 800
Chicago, IL  60654
tbanich@shawfishman.com