**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| DA LIQUIDATING CORP., f/k/a<br>DELIVERY AGENT, INC., *et al*.,[1] | Case No. 16-12051 (LSS)<br>(Jointly Administered) |
| Debtors. | |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON DECEMBER 18, 2018 AT 10:30 A.M. ET**

**CONTINUED MATTER(S):**

1.  Ascentium Capital's Amended Motion for Relief from the Automatic Stay and for Other
    Relief; filed November 29, 2018 [Docket No. 1143].

    Response Deadline:  December 11, 2018 at 4:00 P.M. ET.

    Responses Received:

    A.  Trustee's Response to Amended Motion; filed December 12, 2018 [Docket No. 1145].

    Related Documents:

    A.  Ascentium Capital's Motion for Relief from the Automatic Stay; filed December 19,
        2017 [Docket No. 1000].

    B.  Trustee's Response to Ascentium Capital's Motion for Relief from the Automatic Stay;
        filed March 15, 2018 [Docket No. 1012].

    C.  Proposed Order.

    Status:  By agreement of the parties, this matter is continued to the hearing scheduled for
    January 24, 2019 at 9:30 A.M. ET.

---

[1]    The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are
as follows: DA Liquidating Corp., f/k/a Delivery Agent, Inc. (8744), MusicToday Liquidating LLC, f/k/a Musictoday,
LLC (7995), Clean Fun Liquidating Corp., f/k/a Clean Fun Promotional Marketing, Inc. (6635), and Shop the Shows
Liquidating LLC, f/k/a Shop the Shows, LLC (n/a). The notice address for all of the Debtors is: 7 West 41st Avenue
- #245, San Mateo, CA 94403.

**UNCONTESTED MATTER(S) WITH**
**CERTIFICATE OF NO OBJECTION/CERTIFICATION OF COUNSEL:**

2.  Application of George L. Miller, the Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 327(e) and 328 for Authority to Employ and Retain Bielli & Klauder, LLC as Special Counsel to the Chapter 7 Trustee, Nunc Pro Tunc, Effective as of September 12, 2018; filed November 8, 2018 [Docket No. 1137].

Response Deadline:  November 26, 2018 at 4:00 P.M. ET.

Responses Received:  None.

Related Documents:

A.  Certificate of No Objection; filed December 12, 2018 [D.I. 1147].

B.  Proposed Order.

Status:   A certificate of no objection has been filed.   No hearing is necessary unless otherwise required by the Court.


**FEE APPLICATIONS:**

2.  Interim Fee Application Hearing (See Exhibit A attached hereto for all related pleadings).

Status: The fee binder was delivered to the Court on December 10, 2018.  New items that were not included with the fee binder previously submitted appear in bold print on Exhibit A. Certificates of no objection have been filed with respect to the two pending fee applications.  No hearing is necessary unless required by the Court.

Dated:  December 14, 2018
          Wilmington, Delaware

CIARDI CIARDI & ASTIN

*/s/ Joseph J. McMahon, Jr.*
Daniel K. Astin (No. 4068)
John D. McLaughlin, Jr. (No. 4123)
Joseph J. McMahon, Jr. (No. 4819)
1204 N. King Street
Wilmington, Delaware 19801
(302) 658-1100 telephone
(302) 658-1300 facsimile
jmcmahon@ciardilaw.com

-and-

Albert A. Ciardi, III, Esquire
Nicole M. Nigrelli, Esquire
One Commerce Square, Suite 3500
2005 Market Street
Philadelphia, PA 19103
(215) 557-3550 telephone
(215) 557-3551 facsimile
aciardi@ciardilaw.com

*Attorneys for George L. Miller,*
  *Chapter 7 Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| DA LIQUIDATING CORP., f/k/a DELIVERY AGENT, INC., *et al.*,[2] | Case No. 16-12051 (LSS) (Jointly Administered) |
| Debtors. | |

**FEE BINDER INDEX RE:  MATTERS
<u>SCHEDULED FOR HEARING ON DECEMBER 18, 2018 AT 10:30 A.M. ET</u>**

1.  First Interim Fee Application of Ciardi Ciardi & Astin for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Chapter 7 Trustee for the Period from June 19, 2017 through August 31, 2018; filed November 13, 2018 [Docket No. 1138].

    <u>Response Deadline</u>:    December 3, 2018 at 4:00 p.m.

    <u>Responses Received</u>:  None.

    <u>Related Documents</u>:

    A.  Certificate of No Objection; filed December 5, 2018 [Docket No. 1144].

    B.  Proposed Form of Order.

    <u>Status</u>:  A certificate of no objection has been filed.  No hearing is necessary unless otherwise required by the Court.

2.  First Interim Fee Application of Miller Coffey Tate LLP for Compensation for Services Rendered and Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Chapter 7 Trustee for the Period from June 13, 2017 through July 31, 2018; filed November 27, 2018 [Docket No. 1141].

    <u>Response Deadline</u>:    December 11, 2018 at 4:00 p.m.

    <u>Responses Received</u>:  None to date.

---

[2]    The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: DA Liquidating Corp., f/k/a Delivery Agent, Inc. (8744), MusicToday Liquidating LLC, f/k/a Musictoday, LLC (7995), Clean Fun Liquidating Corp., f/k/a Clean Fun Promotional Marketing, Inc. (6635), and Shop the Shows Liquidating LLC, f/k/a Shop the Shows, LLC (n/a). The notice address for all of the Debtors is: 7 West 41st Avenue - #245, San Mateo, CA 94403.

<u>Related Documents</u>:

**A.   Certificate of No Objection; filed December 12, 2018 [Docket No. 1146].**

**B.   Proposed Form of Order.**

<u>Status</u>:   A certificate of no objection has been filed.   No hearing is necessary unless otherwise required by the Court.

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 14, 2018, I caused a true and correct copy of the **Notice of Agenda of Matters Scheduled for Hearing on December 18, 2018 at 10:30 A.M. ET** to be served upon the parties on the attached 2002 service list via electronic mail.

*/s/ Joseph J. McMahon, Jr.*
Joseph J. McMahon, Jr. (No. 4819)