## Exhibit A

| PREFERENCE RECIPIENT | ADVERSARY PROCEEDING NO. | ADVERSARY D.I. NO. |
|---|---|---|
| Adobe Systems Incorporated | 18-50727 | 8, 9 |
| AME Express | 18-50732 | 10, 11 |
| BlueGrace Logistics SJC | 18-50735 | 13, 14 |
| Bullet Line, LLC | 18-50741 | 7, 8 |
| Cisco Systems Capital Crp | 18-50744 | 11, 12 |
| Fortrust | 18-50758 | 7, 8 |
| INX Prints | 18-50766 | 7, 8 |