**Exhibit A**

| PREFERENCE RECIPIENT | ADVERSARY PROCEEDING NO. | ADVERSARY D.I. NO. |
|---|---|---|
| Demandware | 18-50753 | 7, 8 |
| ETS Express | 18-50754 | 7, 8 |
| OrigAudio | 18-50805 | 7, 8 |
| Printgear | 18-50784 | 7, 8 |
| Vision Media Management | 18-50797 | 7, 8 |