**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>DA LIQUIDATING CORP., f/k/a DELIVERY AGENT, INC., *et al.*,<br><br>            Debtors. | Chapter 7<br><br>Case No. 16-12051 (LSS) |
| George L. Miller, solely in his capacity as the Chapter 7 Trustee of DA Liquidating Corp., f/k/a Delivery Agent, Inc., *et al.*,<br><br>            Plaintiff,<br>v.<br><br>Defendants Listed on Attachment,<br><br>            Defendants. | Adv. Pro. Nos. Listed on Attachment |

**STATUS REPORT**

George L. Miller, chapter 7 trustee for the estates of DA Liquidating Corp., f/k/a Delivery Agent, Inc., *et al.* and plaintiff in the above-captioned adversary proceedings, hereby submits the attached status report regarding the adversary proceedings listed on the attachment. Note: status noted is current as of May 18, 2022.

Dated: May 22, 2022
       Wilmington, Delaware

                              CIARDI CIARDI & ASTIN

                              */s/ Daniel K. Astin*
                              Daniel K. Astin (No. 4068)
                              1204 N. King Street
                              Wilmington, Delaware 19801
                              Tel: (302) 658-1100
                              Fax: (302) 658-1300
                              dastin@ciardilaw.com

                              -and-

Albert A. Ciardi, III, Esquire
Walter W. Gouldsbury III
One Commerce Square, Esquire
1903 Spruce Street
Philadelphia, PA 19103
Tel:  (215) 557-3550
Fax:  (215) 557-3551
dastin@ciardilaw.com

*Counsel to George L. Miller,*
 *Chapter 7 Trustee*

**Status A -- Service Not Completed (0)**

**Status B -- Service Effectuated, Answer Not Filed (0)**

**Status D – Settlement Agreement Filed with Court; 9019 Motion Pending or Approved (0)**

**Status E – Settled in Principle; 9019 Motion to Be Filed (3)**

| | |
|---|---|
| Prime Resources Corporation | 18-50782 |
| American Express | 18-50809 |
| Express A Button, Inc. | 18-50755 |

**Status F -- Answer Filed; Proceeding to Discovery; Mediator to be Selected (1)**

Meister International Inc.              18-50771

**Status G – Mediator Selected/Appointed  (2)**

Jam Design, Inc.                18-50767

Creative Solutions              18-50749

**<u>Status I – Dispositive Motion Pending</u>**   (0)