**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>DA LIQUIDATING CORP., f/k/a DELIVERY AGENT, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 16-12051 (LSS)<br>(Jointly Administered)<br><br>**Hearing Date: TBD at TFR**<br>**Objection Deadline: TBD at TFR** |

**FOURTH INTERIM AND FINAL APPLICATION OF CIARDI CIARDI & ASTIN FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE CHAPTER 7 TRUSTEE**

| | |
|---|---|
| Name of Applicant: | Ciardi Ciardi & Astin |
| Authorized to Provide Professional Services to: | George L. Miller, Chapter 7 Trustee |
| Date of Retention: | Order Entered August 22, 2017<br>*nunc pro tunc* to June 19, 2017 |
| Period for which compensation and reimbursement is sought: | July 1, 2022 through April 6, 2026 |
| Total amount of compensation sought as actual, reasonable and necessary: | $20,460.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,453.90 |

This is an: ___ interim _X_ final application

This is Ciardi Ciardi & Astin's fourth interim and final fee application filed in these chapter 7 cases.

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: DA Liquidating Corp., f/k/a Delivery Agent, Inc. (8744), MusicToday Liquidating LLC, f/k/a Musictoday, LLC (7995), Clean Fun Liquidating Corp., f/k/a Clean Fun Promotional Marketing, Inc. (6635), and Shop the Shows Liquidating LLC, f/k/a Shop the Shows, LLC (n/a). The notice address for all of the Debtors is: 7 West 41st Avenue - #245, San Mateo, CA 94403.

**Summary of Ciardi Ciardi & Astin's Interim Fee Applications**

| Filing Date/Docket No. | Period | Fees Requested | Expenses Requested | Order Date/ Docket No. | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|
| 11/13/2018 [1138] | 6/19/2017 to 8/31/2018 | $171,447.00 | $963.06 | 12/17/18 [1151] | $171,447.00 | $963.06 |
| 11/6/2019 | 9/1/2018 to 8/31/2019 | $253,913.50 | $9,235.80 | 12/17/19 [1205] | $253,913.50 | $9,235.80 |
| 7/29/2022 [1245] | 9/1/2019 to 6/30/2022 | $75,241.50 | $2,220.12 | 8/15/2022 [1247] | $75,241.50 | $2,220.12 |
| 4/__/2026 | 7/1/2022 to 4/6/2026 | $20,460.00 | $1,453.90 | TBD | TBD | TBD |

**Timekeeper Summary**

| Timekeeper | Position | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| John D. McLaughlin, Jr. | Partner | | $675.00 | 2.5 | $1,687.50 |
| Walter W. Gouldsbury III | Of Counsel | Joined firm in 2018. Member of the NY bar since 2004. Member of the CA bar since 2005. Member of the PA bar since 2014. Member of NJ bar since 2014. Area of Concentration: Bankruptcy and Litigation | $575.00 | 31.80 | $18,285.00 |
| Sonali Dashi | Associate | | $375.00 | 1.3 | $487.50 |
| | | | **Total** | **35.60** | **$20,460.00**[1] |

**Blended Rate: $541.67**

[1] This includes 1.5 hours of time at $575.00 per hour attendant to attending to preparing any necessary pleadings and any appearances required through the approval of this final fee application and the Trustee's Final Report.

## Project Category Summary

| Project Category | Task Code | Hours | Amount |
|---|---|---|---|
| Fee Apps -- CCA | FA | 4.10 | $2,357.50 |
| Litigation (Preference Actions) | LIT | 31.50 | $18,102.50 |
| | **Total** | **35.60** | **$20,460.00** |

## Expense Category Summary

| Expense Category | Amount |
|---|---|
| Parcels (courier, paper processing services) | $1,445.00 |
| Copying | $8.90 |
| **Total** | **$1,453.90** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>DA LIQUIDATING CORP., f/k/a DELIVERY AGENT, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 16-12051 (LSS)<br>(Jointly Administered)<br><br>**Hearing Date: TBD at TFR**<br>**Objection Deadline: TBD at TFR** |

**FOURTH AND FINAL APPLICATION OF CIARDI CIARDI & ASTIN FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE CHAPTER 7 TRUSTEE**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Ciardi Ciardi & Astin ("CC&A") hereby requests (the "Application") the "Application") the (i) approval and allowance of its interim fees and expenses requested for the third interim period from July 1, 2022 through April 6, 2026 (the "Application Period") in the amount of $20,460.00 for compensation for services rendered and $1,453.90 for reimbursement of expenses; and (ii) approval and allowance of its final fees and expenses requested for the final period from June 19, 2017 through April 6, 2026 (the "Final Period"), in the amount of $521,062.00 for compensation for services rendered and $13,872.88 for reimbursement of expenses for professional legal services rendered as counsel to George L. Miller, the chapter 7 trustee (the "Trustee") for the estates of the above-captioned debtors (the "Debtors"). In support of this Application, CC&A represents as follows:

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: DA Liquidating Corp., f/k/a Delivery Agent, Inc. (8744), MusicToday Liquidating LLC, f/k/a Musictoday, LLC (7995), Clean Fun Liquidating Corp., f/k/a Clean Fun Promotional Marketing, Inc. (6635), and Shop the Shows Liquidating LLC, f/k/a Shop the Shows, LLC (n/a). The notice address for all of the Debtors is: 7 West 41st Avenue - #245, San Mateo, CA 94403.

**Background**

1. On September 15, 2016, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On June 7, 2017, the Court entered an order converting the above-captioned cases to cases under chapter 7 of the Bankruptcy Code.

3. On June 8, 2017, the Trustee was appointed to serve as the interim trustee in these cases.

4. On July 7, 2017, the first meeting of creditors was held in the chapter 7 cases. A chapter 7 trustee was not elected pursuant to section 702 of the Bankruptcy Code. Accordingly, the Trustee serves as trustee in the cases. *See* 11 U.S.C. § 702(d).

5. On August 22, 2017, the Court entered the *Order Approving Application to Employ and Retain Ciardi Ciardi and Astin as Counsel to the Chapter 7 Trustee, Nunc Pro Tunc to June 19, 2017* [D.I. 986].

**Jurisdiction and Venue**

6. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1478 and 1409. The statutory predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016.

**Relief Requested**

7. CC&A submits this Application pursuant to sections 330 and 331 of the Bankruptcy Code. All services for which compensation is requested were performed for, or on behalf of, the Trustee.

8. This Application is the fourth and final application filed by CC&A in this case. In connection with the professional services described below, by this Application, CC&A seeks: (i) approval of compensation accrued during the Application Period in the amount of $20,460.00 for compensation for services rendered and $1,453.90 for reimbursement of expenses; and (ii) final; approval and allowance of its final fees and expenses in the amount of $521,062.00 for compensation for services rendered and $13,872.88 for reimbursement of expenses during the Final Period. Attached hereto as **Exhibit A** is a detailed statement of services provided and expenses incurred during the Application Period supporting $20,460.00 in compensation and $1,453.90 in reimbursement.

**Summary of Services**

9. Given the nature and value of the services provided by CC&A to the Trustee as described herein, the interim amounts sought under this Application are fair and reasonable pursuant to section 330 of the Bankruptcy Code.

10. CC&A received no payment and no promises for payment from any source for services rendered in connection with these cases other than in accordance with the Bankruptcy Code. There is no agreement or understanding between CC&A and any other person (other than members of CC&A) for the sharing of compensation to be received for the services rendered in these cases.

11. In general, pursuant to the Retention Order, the services that CC&A rendered as counsel to the Trustee included, without limitation, the following:

a. Preparation of documents necessary to retain professionals required in the administration of the estates;

b. Preparation of notices, applications, motions, certifications and complaints, and the prosecution or settlement thereof, on behalf of and for the benefit of the creditors of the estates;

c. Assistance to the Trustee in liquidating or otherwise disposing of the assets of the estates as is appropriate under the circumstances;

d. Review and defense of actions brought against the Trustee or the estates;

e. Preparation for and attendance at depositions and document requests;

f. Correspondence and conferences with the Debtors, creditors of the estates, the Court, the Office of the United States Trustee and parties in interest;

g. Analysis/investigation of, and advice pertaining to, potential claims and causes of action against the Debtors' directors and officers; and

h. For any other purpose not delineated herein that is necessary and proper to assist the Trustee in carrying out his duties in the administration of the estates.

12. The legal services rendered by CC&A have been provided with as little duplication of effort as possible and are detailed by date and project category in Exhibit A.

**Amounts Requested**

13. For the Application Period, CC&A submits that the reasonable value of the professional services, as detailed in Exhibit A, rendered on behalf of the Trustee during the period covered by this Application is $20,460.00, and therefore requests that the Court approve such amount and permit the Trustee to pay such funds.

14. Also, for the Application Period, CC&A requests reimbursement of 100% of the actual expenses it has incurred on behalf of the estates during the period covered by this Application in the sum of $1,453.90, the details of which are submitted herewith in Exhibit A.

15. Pursuant to Local Rule 2016-2, CC&A represents as follows with regard to its charges for actual and necessary costs and expenses during the Application Period:

(a) Copying, printing and scanning charges are $0.10 per page for which charge is reasonable and customary in the legal industry representing costs of copy materials, acquisition, maintenance, storage and operation of copy machines and printers, together with a margin for recovery of lost expenditures. In addition, CC&A often utilizes outside copier services for high volume projects, and this Application may seek the recovery of those costs.

(b) Incoming facsimiles are not billed. Out-going facsimiles are billed at the rate of $0.25 per page. The cost represents operator time, the maintenance of several dedicated facsimile telephone lines, supplies and equipment, and includes a margin for recovery of lost expenditures. Toll telephone charges are not billed. In addition, CC&A utilizes the services of a carrier for high volume, multiple-destination fax transactions, and this Application may seek the recovery of those costs.

16. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amounts requested for compensation and expense reimbursement are fair and reasonable given: (a) the complexity of these cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services in non-bankruptcy cases.

17. CC&A has reviewed the requirements of Local Rule 2016-2, and this Application and the Exhibits attached hereto comply with Local Rule 2016-2.

18. A copy of this Application will be sent to the Office of the United States Trustee and the Trustee and notice of this Application has been sent to all parties requesting notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, CC&A respectfully requests approval of CC&A's fees in the amount of $20,460.00 and expenses in the amount of $1,453.90 for the Application Period and final approval of $521,062.00 for compensation for services rendered and $13,872.88 in reimbursement of expenses during the Final Period.

Dated: April 27, 2026
Wilmington, Delaware

**CIARDI CIARDI & ASTIN**

*/s/ John D. McLaughlin, Jr.*
John D. McLaughlin, Jr. (No. 4123)
1204 N. King Street
Wilmington, Delaware 19801

(302) 658-1100 telephone
(302) 658-1300 facsimile
dastin@ciardilaw.com

-and-

Albert A. Ciardi, III, Esquire
1905 Spruce Street
Philadelphia, PA 19103
(215) 557-3550 telephone
(215) 557-3551 facsimile
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

*Attorneys for George L. Miller,*
*Chapter 7 Trustee*