# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
DA Liquidating Corp.
7 West 41st Avenue − # 245
San Mateo, CA 94403
**EIN:** 26−0058744
Clean Fun Promotional Marketing, Inc.
Musictoday, LLC
Shop the Shows, LLC
The Bank, Inc.
Delivery Agent, Inc.

**Chapter:** 7

**Case No.:** 16−12051−LSS

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

PLEASE TAKE NOTICE that George L. Miller, trustee for the above styled estate, has filed a Notice of Final Report And Applications For Compensation and Deadline to Object ("NFR") at Docket No. 1271 .

The Court has scheduled a hearing regarding this report for 10/15/2026 at 2:30 p.m. at the U.S. Bankruptcy Court, 824 Market Street, Courtroom #2 , 6th floor, Wilmington, Delaware. The complete Notice of Final Report may be viewed by accessing the court's website at https://www.deb.uscourts.gov/trustees−final−reports.

Stephen L Grant, Clerk of Court

Dated: 9/11/26

(VAN−485)